AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION  ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Massachusetts<br>John Joseph Moakley Courthouse<br>1 Courthouse Way<br>Boston, MA 02210 | 04cv12434NG |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORP.; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC. | DEFENDANT<br>DOES 1 - 4 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.

# Exhibit A

## Doe #1 (128.119.12.54 2004-10-01 11:26:31 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
| --- | --- | --- | --- | --- |
| Sony BMG Music Entertainment | Mariah Carey | Thank God I Found You | Rainbow | 276-595 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| Sony BMG Music Entertainment | Will Smith | Will 2K | Willenium | 291-435 |
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| BMG Music | Dave Matthews Band | Too Much | Crash | 212-572 |
| Sony BMG Music Entertainment | Jennifer Lopez | Let's Get Loud | On The 6 | 267-571 |
| Arista Records LLC | Kenny G | Winter Wonderland | Miracles | 206-848 |
| Elektra Entertainment Group Inc. | Busta Rhymes | Get Out!! | Anarchy | 281-391 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| Interscope Records | Eve | Who's That Girl? | Scorpion | 293-364 |

# Exhibit A

## Doe #2 (134.88.159.17 2004-10-21 05:58:31 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| BMG Music | Dave Matthews Band | Stay (Wasting Time) | Before These Crowded Streets | 257-982 |
| UMG Recordings, Inc. | Beck | Devils Haircut | Odelay | 222-917 |
| Sony BMG Music Entertainment | Fiona Apple | Criminal | Tidal | 227-923 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| London-Sire Records Inc. | The Smiths | This Charming Man | The Smiths | 53-381 |
| Sony BMG Music Entertainment | Wyclef Jean | Gone Till November | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |

**Exhibit A**

## Doe #3 (128.119.19.117 2004-11-05 14:43:49 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Usher | U Remind Me | 8701 | 307-207 |
| Sony BMG Music Entertainment | Nas | Nastradamus | Nastradamus | 276-132 |
| Atlantic Recording Corporation | Sugar Ray | Every Morning | 14:59 | 262-149 |
| Virgin Records America, Inc. | Smashing Pumpkins | Ava Adore | Adore | 261-479 |
| UMG Recordings, Inc. | Ludacris | What's Your Fantasy | Back For the First Time | 289-433 |
| Interscope Records | Eminem | Drug Ballad | The Marshall Mathers LP | 287-944 |
| Warner Bros. Records Inc. | Van Halen | Panama | 1984 (MCMLXXXIV) | 52-319 |
| UMG Recordings, Inc. | Godsmack | Bad Religion | Godsmack | 241-879 |

**Exhibit A**

## Doe #4 (128.119.72.50 2004-10-26 22:15:56 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Sony BMG Music Entertainment | Incubus | Circles | Morning View | 306-181 |
| Interscope Records | Eminem | Brain Damage | The Slim Shady LP | 262-686 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Fleetwood Mac | You Make Loving Fun | Rumours | N39857 |
| UMG Recordings, Inc. | Sublime | April 29th 1992 (Leary) | Second Hand Smoke | 246-011 |
| BMG Music | Dave Matthews Band | Too Much | Crash | 212-572 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |