```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,** )<br>    **Plaintiffs,**                  )<br>                                      )<br>    v.                                )<br>                                      )<br> **DOES 1-4,**                         )<br>    **Defendants.**                   ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| INTERSCOPE RECORDS, et al.,          )<br>    Plaintiffs,                       )<br>                                      )<br>    v.                                )<br>                                      )<br> JOHN DOE,                             )<br>    Defendant.                        ) | C.A. No. 04-12435-NG |
| MAVERICK RECORDING COMPANY, et al.,  )<br>    Plaintiffs,                       )<br>                                      )<br>    v.                                )<br>                                      )<br> JOHN DOE,                             )<br>    Defendant.                        ) | C.A. No. 04-12436-NG |
| ATLANTIC RECORDING CORP., et al.,    )<br>    Plaintiffs,                       )<br>                                      )<br>    v.                                )<br>                                      )<br> DOES 1-5,                             )<br>    Defendants.                       ) | C.A. No. 04-12437-NG |
| CAPITOL RECORDS, et al.,             )<br>    Plaintiffs,                       )<br>                                      )<br>    v.                                )<br>                                      )<br> JOHN DOE,                             )<br>    Defendant.                        ) | C.A. No. 04-12438-NG |

```
_____
LOUD RECORDS, et al.,              )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 04-12439-NG
                                   )
DOES 1-5,                          )
     Defendants.                   )
_____

_____
VIRGIN RECORDS AMERICA, INC.,      )
et al.,                            )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10158-NG
                                   )
RICHARD L. DUBROCK,                )
     Defendant.                    )
_____

_____
MOTOWN RECORD CO., L.P., et al.,   )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10159-NG
                                   )
DOES 1-2,                          )
     Defendants.                   )
_____

_____
INTERSCOPE RECORDS, et al.,        )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10160-NG
                                   )
DOES 1-2,                          )
     Defendants.                   )
_____

_____
BMG MUSIC, et al.,                 )
     Plaintiffs,                   )
                                   )
     v.                            )   C.A. No. 05-10168-NG
                                   )
DOES 1-2,                          )
     Defendants.                   )
_____
```

```
UMG RECORDINGS, INC., et al.,      )
     Plaintiffs,                    )
                                    )
     v.                             )    C.A. No. 05-10169-NG
                                    )
DOES 1-2,                           )
     Defendants.                    )


CAPITOL RECORDS, INC., et al.,     )
     Plaintiffs,                    )
                                    )
     v.                             )    C.A. No. 05-10565-NG
                                    )
DOES 1-2,                           )
     Defendants.                    )


VIRGIN RECORDS AMERICA, INC.,      )
et al.,                             )
     Plaintiffs,                    )
                                    )
     v.                             )    C.A. No. 05-10566-NG
                                    )
JOHN DOE,                           )
     Defendant.                     )


SONY BMG MUSIC ENTERTAINMENT,      )
     Plaintiffs,                    )
                                    )
     v.                             )    C.A. No. 05-10567-NG
                                    )
JOHN DOE,                           )
     Defendant.                     )


ATLANTIC RECORDING CORP., et al.,  )
     Plaintiffs,                    )
                                    )
     v.                             )    C.A. No. 05-10568-NG
                                    )
DOES 1-3,                           )
     Defendants.                    )
```

```
_____
INTERSCOPE RECORDS, et al.,         )
      Plaintiffs,                   )
                                    )
      v.                            )    C.A. No. 05-10569-NG
                                    )
JOHN DOE,                           )
      Defendant.                    )
_____

_____
CAPITOL RECORDS, INC., et al.,      )
      Plaintiffs,                   )
                                    )
      v.                            )    C.A. No. 05-10731-NG
                                    )
DOES 1-11,                          )
      Defendants.                   )
_____

_____
MOTOWN RECORD CO., L.P., et al.,    )
      Plaintiffs,                   )
                                    )
      v.                            )    C.A. No. 05-10732-NG
                                    )
DOES 1-22,                          )
      Defendants.                   )
_____

_____
ATLANTIC RECORDING CORP., et al.,   )
      Plaintiffs,                   )
                                    )
      v.                            )    C.A. No. 05-10733-NG
                                    )
DOES 1-25,                          )
      Defendants.                   )
_____

_____
LONDON-SIRE RECORDS INC., et al.,   )
      Plaintiffs,                   )
                                    )
      v.                            )    C.A. No. 05-10734-NG
                                    )
DOES 1-25,                          )
      Defendants.                   )
_____
```

## ORDER OF CONSOLIDATION
### April 20, 2005

The twenty cases above are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: April 20, 2005**             **s/ NANCY GERTNER U.S.D.J.**