UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>        Defendants. | CIVIL ACTION 04-12434 NG<br>LEAD DOCKET NUMBER |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE IN THE MATTER FORMERLY KNOWN AS *CAPITOL RECORDS V. JOHN DOE*, U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, NO. 04-CV-12438**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the claims asserted against Defendant John Doe, in the matter known prior to the Court's April 20, 2005 consolidation order as Capitol Records v. John Doe, U.S. District Court for the District of Massachusetts, No. 04-CV-12438.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

B3026748.1

        LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC; VIRGIN RECORDS AMERICA, INC; and WARNER BROS. RECORDS INC.,
        By their attorneys,

        /s/ Jocelyn L. Heyman
        Colin J. Zick (BBO No. 556538)
        Gabriel M. Helmer (BBO No. 652640)
        Jocelyn L. Heyman (BBO No. 660240)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600
        Phone: (617) 832-1000
        Fax:   (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:   (310) 312-3100

Stacey E. Deere
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:   (816) 421-5547