UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., ET AL., et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>DOES 1-4,<br><br>     Defendants. | LEAD DOCKET NO. 04-CV-12434-NG |

**PLAINTIFFS' RENEWED MOTION
FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

At the time of the Court's April 20, 2005, consolidation of various pending matters under the above-referenced Lead Docket Number, those matters each had pending motions for leave to take immediate discovery.[1] The Plaintiffs in these consolidated matters now renew those motions for leave to take immediate discovery.

---

[1] The motions filed in these consolidated matters may be found at:
1) London-Sire Records Inc., et al. v. Does 1-4, C.A. No. 04-12434-NG (Court Docket No. 3);
2) Interscope Records, et al. v. John Doe, C.A. No. 04-12435-NG (Court Docket No. 3);
3) Maverick Recording Company, et al. v. John Doe, C.A. No. 04-12436-NG (Court Docket No. 3);
4) Atlantic Recording Corp., et al. v.. Does 1-5, C.A. No. 04-12437-NG (Court Docket No. 3);
5) Capitol Records, et al. v. John Doe; C.A. No. 04-12438-NG (Court Docket No. 3);
6) Loud Records, et al. v. Does 1-5; C.A. No. 04-12439-NG (Court Docket No. 3);
7) Motown Record Co., L.P., et al. v. Does 1-2, C.A. No. 05-10159-NG (Court Docket No. 2);
8) Interscope Records, et al. v. Does 1-2, C.A. No. 05-10160-NG (Court Docket No. 2);
9) BMG Music, et al. v. Does 1-2, C.A. No. 05-10168-NG (Court Docket No. 2);
10) UMG Recordings, Inc., et al. v. Does 1-2, C.A. 05-10169-NG (Court Docket No. 2);
11) Capitol Records, Inc., et al. v. Does 1-2, C.A. 05-10565-NG (Court Docket No. 2);
12) Virgin Records America, Inc., et al. v. John Doe, C.A. 05-10566-NG (Court Docket No. 2);
13) Sony BMG Music Entertainment, et al. v. John Doe, C.A. No. 05-10567-NG (Court Docket No. 2);
14) Atlantic Recording Corp., et al. v. Does 1-3, C.A. No. 05-10568-NG (Court Docket No. 2);
15) Interscope Records, et al. v. John Doe, C.A. No. 05-10569-NG (Court Docket No. 2);
16) Capitol Records, Inc., et al. v. Does 1-11, C.A. No. 05-10731-NG (Court Docket No. 2);
17) Motown Record Co., L.P., et al. v. Does 1-22, C.A. No. 05-10732-NG (Court Docket No. 2);
18) Atlantic Recording Corp., et al. v. Does 1-25, C.A. No. 05-10733-NG (Court Docket No. 2);
19) London-Sire Records Inc., et al. v. Does 1-25, C.A. No. 05-10734-NG (Court Docket No. 2);
20) Sony BMG Music Entertainment, et al. v. Does 1-2, C.A. No. 05-11099-NG (Court Docket No. 4);
21) Motown Record Co., L.P., et al. v. Does 1-6, C.A. No. 05-11100-NG (Court Docket No. 4);
22) Arista Records LLC, et al. v. Does 1-8, C.A. No. 05-11101-NG (Court Docket No. 4); and
23) Elektra Entertainment Group Inc., et al. v. John Doe, C.A. No. 05-11102-NG (Court Docket No. 4).

In support of this motion, the Plaintiffs incorporate by reference the previously filed motions, memoranda, affidavits and other supporting materials filed in these matters.

LONDON-SIRE RECORDS INC., ET AL.
By their attorneys,

/s/ Jocelyn L. Heyman
Colin J. Zick  (BBO No. 556538)
Gabriel M. Helmer  (BBO No. 652640)
Jocelyn Heyman  (BBO No. 660240)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Of Counsel:
Thérèse Miller
Shook Hardy & Bacon LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547

Dated:  June 3, 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., ET AL., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendants. | LEAD DOCKET NO. 04-CV-12434-NG |

**ORDER GRANTING PLAINTIFFS' RENEWED MOTIONS
FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Upon the renewed motions of Plaintiffs for leave to take immediate discovery, and the supporting Memoranda of Law, and the Declarations of Jonathan Whitehead and the exhibits thereto, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery upon Assumption College, Boston University, Brandeis University, Harvard University, the Massachusetts Institute of Technology, Suffolk University, Tufts University, and the University of Massachusetts - Amherst, to obtain the identity of each Doe Defendant by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe Defendants, including the name, address, telephone number, e-mail address, and Media Control Access addresses for each Doe Defendant.

IT IS FURTHER ORDERED that any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

Dated: _____                          _____
                                                United States District Court Judge