UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,

Plaintiffs,

v.

DOES 1-4,

Defendants.

CIVIL ACTION 04-12434 NG
LEAD DOCKET NUMBER

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE 4
IN THE MATTER FORMERLY KNOWN AS *ARISTA RECORDS V. DOES 1-8*,
U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, NO. 05-CV-11101**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the claims asserted against Defendant Doe No. 4 in the matter known prior to the Court's June 1, 2005 consolidation order as Arista Records v. Does 1-8, U.S. District Court for the District of Massachusetts, No. 05-CV-11101, and who is associated in the Complaint in that matter with the following IP address: 129.64.154.43 2005-04-30 03:34:35.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

B3085466.1

LONDON-SIRE RECORDS INC.; ATLANTIC
RECORDING CORPORATION; BMG MUSIC;
ELEKTRA ENTERTAINMENT GROUP INC;
INTERSCOPE RECORDS; UMG RECORDINGS,
INC.; SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; CAPITOL RECORDS,
INC; VIRGIN RECORDS AMERICA, INC; and
WARNER BROS. RECORDS INC.,
 By their attorneys,


/s/ Jocelyn L. Heyman_____
 Colin J. Zick (BBO No. 556538)
 Gabriel M. Helmer (BBO No. 652640)
 Jocelyn L. Heyman (BBO No. 660240)
 FOLEY HOAG LLP
 155 Seaport Boulevard
 Boston, MA 02210-2600
 Phone: (617) 832-1000
 Fax:    (617) 832-7000

Dated: August 22, 2005

Of Counsel:
Stacey E. Deere
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547

B3085466.1                                - 2 -