UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>     Defendants. | CIVIL ACTION 04-12434 NG<br>LEAD DOCKET NUMBER |

**AMENDED NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE 1
IN THE MATTER FORMERLY KNOWN AS
_ATLANTIC RECORDING CORPORATION V. DOES 1-3_, NO. 05-CV-10568**

  This notice of dismissal is intended to amend the notice filed on October 4, 2005, which improperly labeled the case formerly known as Atlantic Recording Corporation v. Does 1-3, U.S. District Court for the District of Massachusetts, as case No. 05-CV-11101 in the pleading heading.  The appropriate case number for the case formerly known as Atlantic Recording Corporation v. Does 1-3 is No. 05-CV-10568, as is reflected in the text of the notice filed on October 4, 2005.

  Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the claims asserted against Defendant Doe No. 1 in the matter known prior to the Court's April 20, 2005 consolidation order as Atlantic Recording

<u>Corporation v. Does 1-3</u>, U.S. District Court for the District of Massachusetts, No. 05-CV-10568, and who is associated in the Complaint in that matter with the following IP address: 72.19.116.83 2005-02-02 19:24:41.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

                        LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC; VIRGIN RECORDS AMERICA, INC; and WARNER BROS. RECORDS INC.,
By their attorneys,

<u>/s/ Jocelyn L. Heyman</u>
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
Jocelyn L. Heyman (BBO No. 660240)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

Dated: October 5, 2005

<u>Of Counsel</u>:
Stacey E. Deere
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547