UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**     )<br>    **Plaintiffs,**                        )<br>                                           )<br>    v.                                     )<br>                                           )<br>**DOES 1-4,**                              )<br>    **Defendants.**                        ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| CAPITOL RECORDS, INC., et al.,            )<br>    Plaintiffs,                            )<br>                                           )<br>    v.                                     )<br>                                           )<br>DOES 1-6,                                  )<br>    Defendants.                            ) | C.A. No. 05-11960-NG |
| VIRGIN RECORDS AMERICA, INC.,             )<br>et al.,                                    )<br>    Plaintiffs,                            )<br>                                           )<br>    v.                                     )<br>                                           )<br>DOES 1-3,                                  )<br>    Defendants.                            ) | C.A. No. 05-11961-NG |
| WARNER BROS. RECORDS INC., et al.,        )<br>    Plaintiffs,                            )<br>                                           )<br>    v.                                     )<br>                                           )<br>DOES 1-7,                                  )<br>    Defendants.                            ) | C.A. No. 05-11962-NG |

GERTNER, D.J.:

### ORDER OF CONSOLIDATION
October 11, 2005

Civil actions **2005-11960-NG, 2005-11961-NG,** and **2005-11962-NG** are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases

involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 11, 2005          s/ NANCY GERTNER U.S.D.J.**