UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**     )<br>    **Plaintiffs,**                )<br>                                )<br>    v.                          )<br>                                )<br>**DOES 1-4,**                       )<br>    **Defendants.**               ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| BMG MUSIC, et al.,             )<br>    Plaintiffs,                )<br>                                )<br>    v.                          )<br>                                )<br>DOES 1-3,                       )<br>    Defendants.                ) | C.A. No. 05-12133-NG |
| ATLANTIC RECORDING CORP., et al. )<br>    Plaintiffs,                )<br>                                )<br>    v.                          )<br>                                )<br>DOES 1-3,                       )<br>    Defendants.                ) | C.A. No. 05-12134-NG |
| MAVERICK RECORDING CO., et al., )<br>    Plaintiffs,                )<br>                                )<br>    v.                          )<br>                                )<br>DOES 1-4,                       )<br>    Defendants.                ) | C.A. No. 05-12135-NG |

GERTNER, D.J.:

### ORDER OF CONSOLIDATION
### October 31, 2005

Civil actions **2005-12133-NG, 2005-12134-NG,** and **2005-12135-NG** are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the

suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: October 31, 2005**          **s/ NANCY GERTNER U.S.D.J.**