UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>        Defendants. | CIVIL ACTION 04-12434 NG<br>LEAD DOCKET NUMBER |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT DOES 2, 4, 7, 8, 10, 12, 14, 15, 17, 18, 21, 22, 25 IN THE MATTER
FORMERLY KNOWN AS *MOTOWN RECORD CO. V. DOES 1-22*, U.S. DISTRICT
<u>COURT FOR THE DISTRICT OF MASSACHUSETTS, NO. 05-CV-10732</u>**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the claims asserted against the following defendants in the matter known prior to the Court's April 20, 2005 consolidation order as <u>Motown Record Company v. Does 1-22</u>, U.S. District Court for the District of Massachusetts, No. 05-CV-10732:

- Defendant Doe 4, who is associated in the Complaint with the following IP address: 18.242.5.86 2005-03-09 11:03:52;

B3121825.1

- Defendant Doe 5, who is associated in the Complaint with the following IP address: 18.244.5.224 2005-03-18 22:30:45;

- Defendant Doe 6, who is associated in the Complaint with the following IP address: 18.245.5.138 2005-03-17 18:11:04;

- Defendant Doe 7, who is associated in the Complaint with the following IP address: 18.245.5.14 2005-03-19 07:45:56;

- Defendant Doe 8, who is associated in the Complaint with the following IP address: 18.239.3.111 2005-03-06 10:36:37;

- Defendant Doe 9, who is associated in the Complaint with the following IP address: 18.245.5.67 2005-03-22 04:54:27;

- Defendant Doe 10, who is associated in the Complaint with the following IP address: 18.245.6.165 2005-03-06 15:24:45;

- Defendant Doe 11, who is associated in the Complaint with the following IP address: 18.247.2.104 2005-03-17 19:57:34;

- Defendant Doe 12, who is associated in the Complaint with the following IP address: 18.247.5.40 2005-03-28 16:55:21;

- Defendant Doe 15, who is associated in the Complaint with the following IP address: 18.251.5.223 2005-03-18 22:41:01;

- Defendant Doe 16, who is associated in the Complaint with the following IP address: 18.252.3.39 2005-03-06 09:36:06;

- Defendant Doe 17, who is associated in the Complaint with the following IP address: 18.252.5.204 2005-03-26 19:48:35;

- Defendant Doe 18, who is associated in the Complaint with the following IP address: 18.96.0.112 2005-03-01 07:21:21;

- Defendant Doe 19, who is associated in the Complaint with the following IP address: 18.100.0.87 2005-03-22 21:23:32;

- Defendant Doe 20, who is associated in the Complaint with the following IP address: 18.96.5.150 2005-03-15 03:17:11;

- Defendant Doe 21, who is associated in the Complaint with the following IP address: 18.96.6.158 2005-03-16 15:28:05; and

- Defendant Doe 22, who is associated in the Complaint with the following IP address: 18.96.6.205 2005-03-27 09:23:39.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

        LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC; VIRGIN RECORDS AMERICA, INC; and WARNER BROS. RECORDS INC.,
 By their attorneys,


        /s/ Jocelyn L. Heyman
 Colin J. Zick (BBO No. 556538)
 Gabriel M. Helmer (BBO No. 652640)
 Jocelyn L. Heyman (BBO No. 660240)
 FOLEY HOAG LLP
 155 Seaport Boulevard
 Boston, MA 02210-2600
 Phone: (617) 832-1000
 Fax:    (617) 832-7000

Dated: November 11, 2005

Of Counsel:
Charles H. Cooper
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547