UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendants. | CIVIL ACTION 04-12434 NG <br> LEAD DOCKET NUMBER |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT DOES 2, 4, 7, 8, 10, 12, 14, 15, 17, 18, 21, 22, 25 IN THE MATTER
FORMERLY KNOWN AS *ATLANTIC RECORDING V. DOES 1-25*,
U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, NO. 05-CV-10733**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the claims asserted against the following defendants in the matter known prior to the Court's April 20, 2005 consolidation order as Atlantic Recording v. Does 1-25, U.S. District Court for the District of Massachusetts, No. 05-CV-10733:

- Defendant Doe 2, who is associated in the Complaint with the following IP address: 168.122.168.123 2005-03-27 02:17:19;

- Defendant Doe 4, who is associated in the Complaint with the following IP address: 168.122.235.156 2005-02-27 05:09:24;

- Defendant Doe 7, who is associated in the Complaint with the following IP address: 168.122.250.223 2005-03-03 17:47:02;

- Defendant Doe 8, who is associated in the Complaint with the following IP address: 168.122.212.179 2005-03-03 18:26:17;

- Defendant Doe 10, who is associated in the Complaint with the following IP address: 168.122.252.50 2005-03-06 00:42:42;

- Defendant Doe 12, who is associated in the Complaint with the following IP address: 168.122.214.231 2005-03-15 05:50:26;

- Defendant Doe 14, who is associated in the Complaint with the following IP address: 168.122.159.24 2005-03-25 18:16:48;

- Defendant Doe 15, who is associated in the Complaint with the following IP address: 168.122.249.10 2005-03-25 20:53:19;

- Defendant Doe 17, who is associated in the Complaint with the following IP address: 168.122.229.164 2005-03-26 08:24:11;

- Defendant Doe 18, who is associated in the Complaint with the following IP address: 168.122.202.169 2005-03-26 19:37:01;

- Defendant Doe 21, who is associated in the Complaint with the following IP address: 168.122.221.190 2005-03-27 05:28:26;

- Defendant Doe 22, who is associated in the Complaint with the following IP address: 168.122.228.37 2005-03-27 16:32:57; and

- Defendant Doe 25, who is associated in the Complaint with the following IP address: 168.122.253.49 2005-03-27 18:35:48.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

<div style="margin-left:40%;">

LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC; VIRGIN RECORDS AMERICA, INC; and WARNER BROS. RECORDS INC.,
By their attorneys,


/s/ Jocelyn L. Heyman
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
Jocelyn L. Heyman (BBO No. 660240)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:    (617) 832-7000

</div>

Dated: November 11, 2005

Of Counsel:
Charles H. Cooper
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:    (816) 421-5547