UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>　　　　　　Defendants. | CIVIL ACTION 04-12434 NG<br>LEAD DOCKET NUMBER |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF
DEFENDANT DOES 1-18, 21, 22, 24, AND 25 IN THE MATTER FORMERLY KNOWN
AS *LONDON-SIRE RECORDS INC. V. DOES 1-25*, U.S. DISTRICT COURT FOR THE
<u>DISTRICT OF MASSACHUSETTS, NO. 05-CV-10734</u>**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the claims asserted against the following defendants in the matter known prior to the Court's April 20, 2005 consolidation order as <u>London-Sire Records Inc. v. Does 1-25</u>, U.S. District Court for the District of Massachusetts, No. 05-CV-10734:

- Defendant Doe 1, who is associated in the Complaint with the following IP address: 128.119.146.177 2005-02-28 21:47:10;

B3122731.1

- Defendant Doe 2, who is associated in the Complaint with the following IP address: 128 119.105.188 2005-03-28 08:51:49;
- Defendant Doe 3, who is associated in the Complaint with the following IP address: 72.19.104.230 2005-03-05 13:31:41;
- Defendant Doe 4, who is associated in the Complaint with the following IP address: 72.19.100.219 2005-02-26 21:46:07;
- Defendant Doe 5, who is associated in the Complaint with the following IP address: 72.19.103.98 2005-02-28 18:40:46;
- Defendant Doe 6, who is associated in the Complaint with the following IP address: 72.19.117.204 2005-03-01 11:07:49;
- Defendant Doe 7, who is associated in the Complaint with the following IP address: 128.119.146.184 2005-03-04 16:31:34;
- Defendant Doe 8, who is associated in the Complaint with the following IP address: 72.19.103.182 2005-03-04 16:54:52;
- Defendant Doe 9, who is associated in the Complaint with the following IP address: 72.19.84.131 2005-03-05 02:32:30;
- Defendant Doe 10, who is associated in the Complaint with the following IP address: 128.119.119.9 2005-03-05 08:06:57;
- Defendant Doe 11, who is associated in the Complaint with the following IP address: 72.19.75.100 2005-03-05 11:43:30;
- Defendant Doe 12, who is associated in the Complaint with the following IP address: 72.19.118.107 2005-03-06 01:20:12;

- Defendant Doe 13, who is associated in the Complaint with the following IP address: 128.119.149.186 2005-03-06 11:06:41;

- Defendant Doe 14, who is associated in the Complaint with the following IP address: 72.19.99.218.2005-03-06 17:25:55;

- Defendant Doe 15, who is associated in the Complaint with the following IP address: 128.119.143.181 2005-03-06 17:44:51;

- Defendant Doe 16, who is associated in the Complaint with the following IP address: 128.119.138.163 2005-03-06 20:03:35;

- Defendant Doe 17, who is associated in the Complaint with the following IP address: 128.119.105.154 2005-03-07 10:03:14;

- Defendant Doe 18, who is associated in the Complaint with the following IP address: 128.119.149.144 2005-03-07 14:07:15;

- Defendant Doe 21, who is associated in the Complaint with the following IP address: 72.19.115.162 2005-03-26 13:50:04;

- Defendant Doe 22, who is associated in the Complaint with the following IP address: 72.19.84.145 2005-03-26 20:50:52;

- Defendant Doe 24, who is associated in the Complaint with the following IP address: 72.19.75.113 2005-03-28 00:10:20; and

- Defendant Doe 25, who is associated in the Complaint with the following IP address: 72.19.84.125 2005-03-28 07:58:58.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

        LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC; VIRGIN RECORDS AMERICA, INC; and WARNER BROS. RECORDS INC.,
        By their attorneys,

        /s/ Jocelyn L. Heyman
        Colin J. Zick (BBO No. 556538)
        Gabriel M. Helmer (BBO No. 652640)
        Jocelyn L. Heyman (BBO No. 660240)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210-2600
        Phone: (617) 832-1000
        Fax:   (617) 832-7000

Dated: November 11, 2005

Of Counsel:
Charles H. Cooper
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:   (816) 421-5547