UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>                Defendants. | CIVIL ACTION 04-12434 NG<br>LEAD DOCKET NUMBER |

**NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT DOE 3 IN THE MATTER FORMERLY KNOWN AS *VIRGIN RECORDS AMERICA, INC. V. DOES 1-3*, U.S. DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS, NO. 05-CV-11961**

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the claims asserted against Defendant Doe No. 3 in the matter known prior to the Court's October 11, 2005 consolidation order as <u>Virgin Records America, Inc. v. Does 1-3</u>, U.S. District Court for the District of Massachusetts, No. 05-CV-11961, and who is associated in the Complaint in that matter with the following IP address: 140.247.10.132 2005-09-05 00:21:12.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

B3124663.1

        LONDON-SIRE RECORDS INC.; ATLANTIC RECORDING CORPORATION; BMG MUSIC; ELEKTRA ENTERTAINMENT GROUP INC; INTERSCOPE RECORDS; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; CAPITOL RECORDS, INC; VIRGIN RECORDS AMERICA, INC; and WARNER BROS. RECORDS INC.,
  By their attorneys,

  /s/ Jocelyn L. Heyman
  Colin J. Zick (BBO No. 556538)
  Gabriel M. Helmer (BBO No. 652640)
  Jocelyn L. Heyman (BBO No. 660240)
  FOLEY HOAG LLP
  155 Seaport Boulevard
  Boston, MA 02210-2600
  Phone: (617) 832-1000
  Fax:   (617) 832-7000

Dated: November 17, 2005

Of Counsel:
Charles H. Cooper
SHOOK HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108
Phone: (816) 474-6550
Fax:   (816) 421-5547