UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,** )<br>    **Plaintiffs,**                        )<br>                                           )<br>    v.                                     )<br>                                           )<br>**DOES 1-4,**                              )<br>    **Defendants.**                        ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| ELEKTRA ENTERTAINMENT GROUP INC.,  )<br>et al.,                             )<br>    Plaintiffs,                     )<br>                                    )<br>    v.                              )<br>                                    )<br>DOES 1-5,                           )<br>    Defendants.                     ) | C.A. No. 05-12398-NG |

GERTNER, D.J.:

### ORDER OF CONSOLIDATION

Civil action **2005-12398-NG** is hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.**  Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

Dated: December 14, 2005         _s/ NANCY GERTNER U.S.D.J._