```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,** )<br>    **Plaintiffs,**                         )<br>                                         )<br>    v.                                   )<br>                                         )<br> **DOES 1-4,**                            )<br>    **Defendants.**                        ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| ELEKTRA ENTERTAINMENT GROUP,            )<br>et al.,                                  )<br>    Plaintiffs,                          )<br>                                         )<br>    v.                                   )<br>                                         )<br>JOHN DOE,                                )<br>    Defendant.                           ) | C.A. No. 05-12521-NG |

GERTNER, D.J.:

### ORDER OF CONSOLIDATION
### February 3, 2006

Civil action **2005-12521-NG** is hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties, factual and legal issues insofar as the suits are based on the same conduct – the use of an online media distribution system to download and/or distribute copyrighted works.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, with the lead caption as it appears at the top of this order.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

```
Dated: February 3, 2006          /s/ NANCY GERTNER U.S.D.J.
```