UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| LONDON-SIRE RECORDS, INC., ) et al. ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | Civil Action No. 04-12434-NG | |
| ) | (LEAD DOCKET NUMBER) | |
| DOES 1-4, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

**APPEARANCE OF JOHN R. BAUER ON BEHALF OF PLAINTIFFS**

John R. Bauer, of Robinson & Cole, LLP, hereby enters his appearance in this action on behalf of all Plaintiffs.

BOST1-879766-1

Respectfully submitted,

**LONDON-SIRE RECORDS, INC.,
ATLANTIC RECORDING CORPORATION,
BMG MUSIC,
ELEKTRA ENTERTAINMENT GROUP INC.,
INTERSCOPE RECORDS,
UMG RECORDINGS, INC.,
SONY BMG MUSIC ENTERTAINMENT,
ARISTA RECORDS LLC,
CAPITOL RECORDS, INC.,
VIRGIN RECORDS AMERICA, INC. AND
WARNER BROS. RECORDS, INC.,**

By their attorneys,

/s/ John R. Bauer
John R. Bauer (BBO #630742)
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: February 23, 2006

2