UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>        Defendants. | CIVIL ACTION 04-12434 NG<br>LEAD DOCKET NUMBER |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-NAMED COURT:

Pursuant to Local Rule 83.5.2(c), all of the attorneys of the firm of Foley Hoag LLP who have entered appearances in the above-referenced matter, Colin J. Zick, Gabriel M. Helmer and Jocelyn Heyman, hereby withdraw their appearances.

                                      Respectfully submitted,

                                      /s/ Colin J. Zick
                                    Colin J. Zick (BBO No. 556538)
                                    Gabriel M. Helmer (BBO No. 652640)
                                    Jocelyn L. Heyman (BBO No. 660240)
                                    FOLEY HOAG LLP
                                    155 Seaport Boulevard
                                    Boston, MA 02210-2600
Dated: March 7, 2006                    Phone: (617) 832-1000

B3172272.2