UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____ )<br>LONDON-SIRE RECORDS, INC., )<br>et al. )<br>     )<br>    Plaintiffs, )<br>     )<br>v. )<br>     )<br>DOES 1-4, )<br>     )<br>    Defendants. )<br>_____ ) | Civil Action No.  04-12434-NG<br>(LEAD DOCKET NUMBER) |

### NOTICE OF DISMISSAL WITH PREJUDICE OF DOE 4 IN THE MATTER FORMERLY KNOWN AS <u>*ELEKTRA ENTERTAINMENT GROUP ET AL.  V. DOES 1-5*</u>, NO. 05-12398

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal with prejudice of the claims asserted against Defendant Doe No. 4 in the matter known prior to the Court's December 14, 2005 consolidation order as <u>Elektra Entertainment Group et al v. Does 1-5</u>, U.S. District Court for the District of Massachusetts, No. 05-12398, and who is associated in the Complaint in that matter with the following IP address: 168.122.196.29.

This notice of dismissal shall have no effect on claims asserted against any other defendants in this matter.

BOST1-882327-1

Respectfully submitted,

**LONDON-SIRE RECORDS, INC.,**
**ATLANTIC RECORDING CORPORATION,**
**BMG MUSIC,**
**ELEKTRA ENTERTAINMENT GROUP INC.,**
**INTERSCOPE RECORDS,**
**UMG RECORDINGS, INC.,**
**SONY BMG MUSIC ENTERTAINMENT,**
**ARISTA RECORDS LLC,**
**CAPITOL RECORDS, INC.,**
**VIRGIN RECORDS AMERICA, INC. AND**
**WARNER BROS. RECORDS, INC.,**

By their attorney,


  /s/ Nancy M. Cremins
John R. Bauer, BBO #630742
Nancy M. Cremins, BBO #658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: March 9, 2006

<u>Of Counsel</u>
Daniel Almanza
Holme Roberts & Owen LLP
1700 Lincoln Street
Suite 1400
Denver, CO 80203-4541
(303) 861-7000