# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LONDON-SIRE RECORDS, INC., et al. | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 04-12434-NG (LEAD DOCKET NUMBER) |
| DOES 1-4, | ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DOES 2, 3 & 5 IN THE MATTER FORMERLY KNOWN AS *ELEKTRA ENTERTAINMENT GROUP ET AL. V. DOES 1-5*, NO. 05-12398

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the claims asserted against Defendants Doe Nos. 2, 3 and 5 in the matter known prior to the Court's December 14, 2005 consolidation order as Elektra Entertainment Group et al v. Does 1-5, U.S. District Court for the District of Massachusetts, No. 05-12398.

Respectfully submitted,

**LONDON-SIRE RECORDS, INC.,
ATLANTIC RECORDING CORPORATION,
BMG MUSIC,
ELEKTRA ENTERTAINMENT GROUP INC.,
INTERSCOPE RECORDS,
UMG RECORDINGS, INC.,
SONY BMG MUSIC ENTERTAINMENT,
ARISTA RECORDS LLC,
CAPITOL RECORDS, INC.,
VIRGIN RECORDS AMERICA, INC. AND
WARNER BROS. RECORDS, INC.,**

By their attorney,


  /s/ Nancy M. Cremins
John R. Bauer, BBO #630742
Nancy M. Cremins, BBO #658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900


Dated: May 5, 2006