UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>    Defendants. | Civ. Act. No. 04-12434-NG<br>(LEAD DOCKET NUMBER)<br><br>Civ. Act. No. 05-12135-NG<br>(ORIGINAL DOCKET NUMBER) |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE IN THE MATTER FORMERLY KNOWN AS *MAVERICK RECORDING CO. V. DOES 1-4*

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby give notice of the dismissal without prejudice of the claims asserted against the Defendants identified as Does 1-4 in this action in the matter known prior to the Court's October 31, 2005 consolidation order as Maverick Recording Co. v. Does 1-4, U.S. District Court for the District of Massachusetts, No. 05-12135-NG.

Respectfully submitted,

**LONDON-SIRE RECORDS, INC.,
ATLANTIC RECORDING CORPORATION,
BMG MUSIC,
ELEKTRA ENTERTAINMENT GROUP INC.,
INTERSCOPE RECORDS,
UMG RECORDINGS, INC.,
SONY BMG MUSIC ENTERTAINMENT,
ARISTA RECORDS LLC,
CAPITOL RECORDS, INC.,
VIRGIN RECORDS AMERICA, INC. AND
WARNER BROS. RECORDS, INC.,**

By their attorney,


 /s/ Nancy M. Cremins
John R. Bauer, BBO #630742
Nancy M. Cremins, BBO #658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: May 5, 2006

2