UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>DOES 1-4, )<br><br>Defendant. ) | Civ. Act. No. 04-12434-NG<br>(LEAD DOCKET NUMBER)<br><br><br>Civ. Act. No. 05-10158-NG<br>(ORIGINAL DOCKET NUMBER) |

### PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT RICHARD L. DUBROCK

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby request that the Clerk enter default in this matter against Defendant. A copy of the proposed default by the Clerk is attached as <u>Exhibit A</u>. In support of this request, Plaintiffs state as follows:

1. Plaintiffs VIRGIN RECORDS AMERICA, INC.; MAVERICK RECORDING COMPANY; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. served the Summons and Complaint on Defendant, RICHARD L. DUBROCK ("Defendant") on May 25, 2005, by abode service, as evidenced by the proof of service on file with this Court.[1] A copy of the proof of service is attached as <u>Exhibit B</u>. Declaration of Nancy M. Cremins ¶ 2. A copy of which is attached hereto as <u>Exhibit C</u>.

2. Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. <u>Id.</u> ¶ 5.

---

[1] The complaint against Richard L. Dubrock was originally filed as VIRGIN RECORDS, et al. v. RICHARD L. DUBROCK, Civil Action No. 05-10158-NG. On April 20, 2005, the Court consolidated that under Civil Action No. 04-12434- NG.

BOST1-897764-1

    3.    Neither Plaintiffs nor the Court have granted Defendant any extensions of time beyond the current date to respond to the Complaint. Id. ¶ 4.

    4.    Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

> VIRGIN RECORDS AMERICA, INC.;
> MAVERICK RECORDING COMPANY;
> ARISTA RECORDS LLC; SONY BMG
> MUSIC ENTERTAINMENT; and UMG
> RECORDINGS, INC.
>
> By their attorneys,

Dated: September 12, 2006    By:    /s/ Nancy M. Cremins
    John R. Bauer, BBO# 630742
    Nancy M. Cremins, BBO # 658932
    ROBINSON & COLE LLP
    One Boston Place
    Boston, MA 02108-4404
    Main Phone: (617) 557-5900
    Main Fax: (617) 557-5999

Case 1:04-cv-12434-NG    Document 95    Filed 09/12/2006    Page 3 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1-4, )<br>)<br>Defendant. )<br>)<br>) | Civ. Act. No. 04-12434-NG<br>(LEAD DOCKET NUMBER)<br><br>Civ. Act. No. 05-10158-NG<br>(ORIGINAL DOCKET NUMBER) |

**PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT RICHARD L. DUBROCK**

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiffs hereby request that the Clerk enter default in this matter against Defendant. A copy of the proposed default by the Clerk is attached as Exhibit A. In support of this request, Plaintiffs state as follows:

1. Plaintiffs VIRGIN RECORDS AMERICA, INC.; MAVERICK RECORDING COMPANY; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. served the Summons and Complaint on Defendant, RICHARD L. DUBROCK ("Defendant") on May 25, 2005, by abode service, as evidenced by the proof of service on file with this Court.[1] A copy of the proof of service is attached as Exhibit B. Declaration of Nancy M. Cremins ¶ 2. A copy of which is attached hereto as Exhibit C.

2. Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Id. ¶ 5.

---

[1] The complaint against Richard L. Dubrock was originally filed as VIRGIN RECORDS, et al. v. RICHARD L. DUBROCK, Civil Action No. 05-10158-NG. On April 20, 2005, the Court consolidated that under Civil Action No. 04-12434- NG.

1

3.      Neither Plaintiffs nor the Court have granted Defendant any extensions of time beyond the current date to respond to the Complaint. Id. ¶ 4.

4.      Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶¶ 6-7.

|  |  |
|---|---|
|  | VIRGIN RECORDS AMERICA, INC.; MAVERICK RECORDING COMPANY; ARISTA RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. |
|  | By their attorneys, |
| Dated: September 12, 2006           By: | /s/ Nancy M. Cremins<br>John R. Bauer, BBO# 630742<br>Nancy M. Cremins, BBO # 658932<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA 02108-4404<br>Main Phone: (617) 557-5900<br>Main Fax: (617) 557-5999 |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>       Defendant. | Civ. Act. No. 04-12434-NG<br>(LEAD DOCKET NUMBER)<br><br>Civ. Act. No. 05-10158-NG<br>(ORIGINAL DOCKET NUMBER) |

**DECLARATION OF NANCY M. CREMINS
IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF
DEFAULT AGAINST DEFENDANT RICHARD L. DUBROCK**

I, NANCY M. CREMINS , declare:

1. I am an attorney licensed to practice before the Courts of the Commonwealth of Massachusetts and this United States District Court. I am one of the attorneys for Plaintiffs in the above-captioned matter. Unless otherwise stated, I have personal knowledge of the following facts.

2. On January 27, 2005, Plaintiffs filed the Complaint in this case against Defendant.[1] Attached to the Request for Entry of Default as <u>Exhibit A</u> is a true and correct copy of the proof of service on file with the Court, reflecting that Defendant was served with the Summons and Complaint on May 25, 2005, by abode service.

3. More than 20 days have elapsed since the date on which service of the Summons and Complaint was effective.

---

[1] The complaint against Richard L. Dubrock was originally filed as VIRGIN RECORDS, et al. v. RICHARD L. DUBROCK, Civil Action No. 05-10158-NG. On April 20, 2005, the Court consolidated that matter under Civil Action No. 04-12434- NG.

1

4.	Neither Plaintiffs nor the Court have granted Defendant any extension of time to respond to the Complaint.

5.	Defendant has failed to answer or otherwise respond to the Complaint, or serve a copy of any answer or other response upon Plaintiffs' attorneys of record.

6.	I am informed and believe that Defendant is not an infant or incompetent person.

7.	A search for Defendant's name was conducted through the Defense Manpower Data Center, Servicemembers Civil Relief Act database. That search revealed no evidence that Defendant is in the military service.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 12, 2006 at Boston, Massachusetts.

/s/ Nancy M. Cremins
NANCY M. CREMINS

AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

CASE NUMBER:

05- 10158 NG

V.

RICHARD L. DUBROCK

TO:
RICHARD L. DUBROCK
6 A Greenwood Ave.
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 1/27/2005

(BY) DEPUTY CLERK

80248

AO 440 Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
              Date                          Signature of Server

                                  _____
                                  Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
District of Massachusetts
Case No. 05-CV-10158 NG

Virgin Records America, Inc., et al.,

    Plaintiffs,

-v-                                            RETURN OF SERVICE

Richard L. Dubrock,

    Defendant.

I hereby certify and return that today, May 25, 2005, at 10:45 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint, Civil Action Cover Sheet, Corporate Disclosure, Local Category Sheet and Cover Letter to Defendant in this action upon the within named **Richard L. Dubrock**, by leaving said copies at his last and usual place of abode, to wit: 6A Greenwood Ave., Woburn, MA 01801. Furthermore, later this same day I mailed First Class - Postage Pre-paid, additional true and attested copies to the defendant at this same address. Service was made in this manner following unsuccessful attempts at personal service on May 24, 2005 and May 25, 2005.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 25, 2005.

_Dennis Mahoney_
**Dennis Mahoney,** Constable
& Disinterested Person over Age 18.

Service & Travel: $65.00

**Butler and Witten**
Boston, MA
(617) 325-6455