AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

SUMMONS IN A CIVIL CASE

VIRGIN RECORDS AMERICA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; ARISTA RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,

CASE NUMBER:

05- 10158 NG

V.

RICHARD L. DUBROCK

TO:
RICHARD L. DUBROCK
6 A Greenwood Ave.
Woburn, MA 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE  1/27/2005

80248

AO 440  Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted_____

☐ Other (specify) _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  _____       _____
                       Date                                    Signature of Server

                                                               _____
                                                               Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
District of Massachusetts
Case No. 05-CV-10158 NG

Virgin Records America, Inc., et al.,

      Plaintiffs,

-v-                                                                                       RETURN OF SERVICE

Richard L. Dubrock,

      Defendant.


I hereby certify and return that today, May 25, 2005, at 10:45 AM, I served a true and attested copy of the within Summons together with a copy of the Complaint, Civil Action Cover Sheet, Corporate Disclosure, Local Category Sheet and Cover Letter to Defendant in this action upon the within named **Richard L. Dubrock**, by leaving said copies at his last and usual place of abode, to wit: 6A Greenwood Ave., Woburn, MA 01801. Furthermore, later this same day I mailed First Class - Postage Pre-paid, additional true and attested copies to the defendant at this same address. Service was made in this manner following unsuccessful attempts at personal service on May 24, 2005 and May 25, 2005.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on May 25, 2005.

_____
**Dennis Mahoney**, Constable
& Disinterested Person over Age 18.


Service & Travel: $65.00

**Butler and Witten**
Boston, MA
(617) 325-6455