UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,**     )<br>    **Plaintiffs,**                                       )<br>                                                              )<br>    v.                                                        )<br>                                                              )<br>**DOES 1-4,**                                           )<br>    **Defendants.**                                      ) | **C.A. No. 04-12434-NG**<br>**LEAD DOCKET NUMBER** |
| ARISTA RECORDS, et al.,                      )<br>    Plaintiffs,                                           )<br>                                                              )<br>    v.                                                        )<br>                                                              )<br>DOES 1-11,                                            )<br>    Defendants.                                          ) | C.A. No.07-10833 |
| ARISTA RECORDS, et al.,                      )<br>    Plaintiffs,                                           )<br>                                                              )<br>    v.                                                        )<br>                                                              )<br>DOES 1-21,                                            )<br>    Defendants.                                          ) | C.A. No.07-10834 |

**GERTNER, D.J.:**

## ORDER OF CONSOLIDATION

The two cases above are **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG,** pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.**

Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Dated: May 8, 2007**         <u>**/s/  NANCY GERTNER, U.S.D.J.**</u>