UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS INC., et al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Civ. Action No. 04cv12434-NG |
| ) | LEAD DOCKET NUMBER |
| DOES 1-4, ) | |
|     Defendants. ) | |

| | |
|---|---|
| WARNER BRO. RECORDS INC., et al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     v. ) | Civ. Action No. 07cv10924-NG |
| ) | |
| DOES 1-17, ) | |
|     Defendants. ) | |

GERTNER, D.J.:

## ORDER OF CONSOLIDATION

The case above is **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

SO ORDERED.

Date:  May 17, 2007        /s/ Nancy Gertner
                               NANCY GERTNER, U.S.D.C.