UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS INC., et al.,** ) <br>     **Plaintiffs,** ) <br> ) <br>     v. ) <br> ) <br> **DOES 1-4,** ) <br>     **Defendants.** ) | ) **Civ. Action No. 04cv12434-NG** <br> )   **LEAD DOCKET NUMBER** |
| BMG MUSIC ENTERTAINMENT et al., ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> DOES 1 et al, ) <br>     Defendants. ) | ) Civ. Action No. 07cv11097-NG |
| UMG RECORDING INC., et al., ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> DOE, ) <br>     Defendant. ) | ) Civ. Action No. 07cv11098-NG |
| LA FACE RECORDS, LLC et al., ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> DOE 1 et al., ) <br>     Defendants. ) | ) Civ. Action No. 07cv11100-NG |
| BMG MUSIC et al., ) <br>     Plaintiffs, ) <br> ) <br>     v. ) <br> ) <br> DOE 1 et al., ) <br>     Defendants. ) | ) Civ. Action No. 07cv11102-NG |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION
June 21, 2007

The cases above are **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because the suits are based on the same conduct --

allegedly obtaining or distributing copyrighted music over the Internet.

**All future pleadings and submissions shall be filed only under the lead case number 04-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: June 21, 2007**         */s/Nancy Gertner*
                              **NANCY GERTNER, U.S.D.C.**