UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,<br><br>     Plaintiffs,<br><br>v.<br><br>DOES 1 - 21,<br><br>     Defendants. | CIVIL ACTION No. 04-cv-12434-NG<br>(LEAD DOCKET NUMBER)<br><br>CIVIL ACTION No. 07-cv-10834-NG<br>(ORIGINAL DOCKET NUMBER) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #14 from Boston University, also identified as ID #116775593 with IP address 168.122.250.196 2007-02-01 14:13:06 EST, each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; WARNER BROS. RECORDS INC.; ATLANTIC RECORDING CORPORATION; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; BMG MUSIC; CAPITOL RECORDS, INC.; SONY BMG MUSIC ENTERTAINMENT; MOTOWN RECORD COMPANY, L.P.; MAVERICK RECORDING COMPANY; ELEKTRA ENTERTAINMENT GROUP INC.; LAFACE RECORDS LLC; and INTERSCOPE RECORDS

By their attorneys,

Dated: June 22, 2007        By:   /s/ Nancy M. Cremins
                                                     John R. Bauer, BBO# 630742
                                                     Nancy M. Cremins, BBO # 658932
                                                     ROBINSON & COLE LLP
                                                     One Boston Place
                                                     Boston, MA  02108-4404
                                                     Main Phone:  (617) 557-5900
                                                     Main Fax:  (617) 557-5999