UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
ARISTA. RECORDS LLC, et al.,           )
                                        )
Plaintiffs,                             )   Civil Action No.
                                        )   1:07-cv-10834-NG
       -v.-                             )
                                        )
DOES 1-21,                              )
                                        )
                Defendants.             )
---------------------------------------------------------------x

## MOTION TO QUASH SUBPOENA

Defendant Doe hereby moves, pursuant to Fed. R. Civ. P. 45(c)(3), to quash the subpoena issued by plaintiffs' counsel and directed to non-party Boston University. In support of their Motion, Doe relies on the accompanying memorandum of law.

                        Respectfully submitted,

                        JOHN DOES 1-21
                        By its Attorneys


                        /s/ Raymond Sayeg
                        Raymond Sayeg, BBO #555437
                        DENNER PELLEGRINO, LLP
                        Four Longfellow Place, 35th Floor
                        Boston, Massachusetts 02114
                        (617) 742-1184

Dated: June 13, 2007

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 13th day of June, 2007.

John R. Bauer
Nancy M. Cremins
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404


                                                                                 /s/ Raymond Sayeg
                                                                                 Denner Pellegrino LLP

:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               )
ARISTA RECORDS LLC, et al.,                                    )
                                                               )
Plaintiffs,                                                    )   Civil Action No.
                                                               )   1:07-cv-10834-NG
                                                               )
        -v.-                                                   )
                                                               )
DOES 1-21,                                                     )
                                                               )
                        Defendants.                            )
                                                               )
---------------------------------------------------------------x

## ORDER

AND NOW, this ___ day of _____, 2007, upon consideration of Defendants' Motion to Quash Plaintiffs Subpoena, and any response thereto:

It is hereby **ORDERED** that Doe's Motion is granted, and plaintiffs' subpoena directed to said Boston University is hereby Quashed. Boston University is prohibited from providing the information requested in the subpoena.

_____
United States District Judge