

**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and
General Counsel*

Willis G. Wang
*Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

June 15, 2007

Clerk of Courts, Civil
United States District Court
Eastern District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA 02210

    Re:    <u>Artista Records LLC et al.</u> v. <u>Does 1-21</u>,
            Civil Action No. 07-10834-NG (D. Mass.)

Dear Clerk:

On June 13 one of the "John Doe" defendants named in the above-referenced lawsuit filed a Motion To Quash Subpoena [Docket No. 10] and an accompanying document entitled "Memorandum of Law of Boston University in Support of Its Motion To Quash Subpoena." [Docket No. 11]. That Memorandum of Law was not filed on behalf of Boston University; Mr. Sayeg does not represent Boston University. Boston University has not entered an appearance or filed any motion or other document in the above-referenced proceeding. I have asked Mr. Sayeg to correct the record in this respect.

I note that the Motion To Quash does not identify the particular "John Doe" defendant on behalf of whom it has been filed. Consequently, Boston University will await the Court's resolution of the Motion To Quash before responding to the subpoena.

If you have any questions please do not hesitate to call me.

Best regards,

*Crystal D. Talley*
Crystal D. Talley

CDT
Enclosures