IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                  )

ARISTA. RECORDS LLC, et al.,         )    Civil Action No. 1:04-cv-12434-NG
                                                  )        (Consolidated Docket No.)

Plaintiffs,                           )
                                                  )
                                                  )    Civil Action No. 1:07-cv-10834- NG
                   -v.-                   )        (Original Docket No.)
                                                  )

DOES 1-21,                            )
                                                 )
               Defendants.   )
                                                 )
---------------------------------------------------------------x

**ASSENTED TO MOTION TO ENLARGE TIME TO FILE REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO QUASH SUBPOENA**

      Now comes John Doe, by its attorneys, and requests that this Honorable Court enter an order enlarging the time for Defendant to file its reply to Plaintiffs Opposition To Motion To Quash Subpoena until Friday, July 13, 2007 .  As reasons therefore, the Doe states as follows:

1.      The Defendant filed its Motion To Quash Subpoena on or about June  , 2007 and the Plaintiffs filed their Opposition to the Motion on or about June 28, 2007.

2.      The Defendant Doe requires additional time to complete its Reply.

3.          Counsel for the Plaintiff, Nancy M. Cremins, assents to the within request.

                  Respectfully submitted,

                  JOHN DOE
                  By its Attorneys

                  /s/ Raymond Sayeg_____
                  Raymond Sayeg, BBO #555437
                  DENNER PELLEGRINO, LLP
                  Four Longfellow Place, 35th Floor
                  Boston, Massachusetts  02114
                  (617 ) 742-1184

Dated:  July  11, 2007

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of July, 2007.

John R. Bauer
Nancy M. Cremins
Robinson & Cole LLP
One Boston Place
Boston, MA 02108-4404

                  _/s/ Raymond Sayeg_____
                  Denner Pellegrino LLP

: