UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; MAVERICK RECORDING COMPANY, a California joint venture; LOUD RECORDS LLC, a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; FONOVISA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and LAFACE RECORDS LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>v.<br><br>DOES 1 - 17,<br><br>              Defendants. | CIVIL ACTION No. 04-cv-12434-NG (CONSOLIDATED DOCKET NUMBER)<br><br>CIVIL ACTION No. 1:07-cv-10924 (ORIGINAL DOCKET NUMBER) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright

infringement claim against Defendant Doe #4 from Civil Action No. 07-cv-10924- NG,[1] also

_____

[1] This case was consolidated with 04-cv-12434-NG on June 21, 2007

identified as ID #121627767 with IP address 72.19.102.231 2007-03-13 07:14:10 EDT, each

party to bear its/his own fees and costs.

 

WARNER BROS. RECORDS INC.; VIRGIN
RECORDS AMERICA, INC.; UMG
RECORDINGS, INC.; SONY BMG MUSIC
ENTERTAINMENT; PRIORITY RECORDS
LLC; MOTOWN RECORD COMPANY, L.P.;
MAVERICK RECORDING COMPANY;
LOUD RECORDS LLC; INTERSCOPE
RECORDS; FONOVISA, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.; CAPITOL
RECORDS, INC.; BMG MUSIC; ATLANTIC
RECORDING CORPORATION; ARISTA
RECORDS LLC; and LAFACE RECORDS
LLC

By their attorneys,

Dated: July 16, 2007      By:   /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999