IN THE UNITED STATES DISTRICT COURT FOR THE DISCTRICT OF
MASSACHUSETTS DIVISION

| | |
|---|---|
| Warner Bros. Record Company, et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | CIVIL ACTION FILE |
| v. ) | NO. 1:07-ev-10924 |
| ) | |
| DOES 1-17 ) | |
| ) | |
| Defendants ) | |

**MOTION OF DOE #12 TO QUASH SERVICE OF PROCESS DUE TO LACK OF PERSONAL JURISDICTION AND SUPPORTING AFFIDAVIT.**

Doe 12 hereby moves in pro per for the court to quash subpoena issued to its ISP: 72.19.72.66 on the grounds that the Doe is not subject to personal jurisdiction in this location. The basis for this claim is that I don't have sufficient contacts with the State of Massachusetts to justify requiring me to respond to this lawsuit so far from my home. Further information is included in the affidavit below.

Signed: _Jane Doe #12_     Date: 06/20/07

## AFFIDAVIT OF DOE #12

I, Doe #12, hereby declare:

1. I understand that I have been sued in the State of Massachusetts.

2. I have no regular contacts with the State of Massachusetts. I do not live in Massachusetts now, have never lived in Massachusetts. I live in Potomac, Maryland. I have no postal address, offices, residences, or telephone listings in the state of Massachusetts.

3. I have never owned, used, possessed any real tangible or property located in the State of Massachusetts.

4. I have never contracted with any person or for any property within the State of Massachusetts. I have no offices, real estate, bank accounts or personal property within the state of Massachusetts. I have no agents in the State of Massachusetts.

5. I have never sold any products or services to anyone within the State of Massachusetts.

6. I have never acted as a director, manager, trustee or other officer of any corporation incorporated under the laws of, or having its principle place of business within the State of Massachusetts. I have never been registered with the State of Massachusetts to transact business there.

7. In the past my time in the State of Massachusetts was for limited purposes. I have never stayed more than 6 weeks total at one time and have no intention of returning to the State.

8. None of my visits to the State of Massachusetts had any relationship to the matter for which I am being sued, namely my alleged use of filesharing systems from my home in Maryland.

9. Prior to this case, I have never been sued in the State of Massachusetts or held to the jurisdiction of the State of Massachusetts.

10. My only contact with the State of Massachusetts is because the Internet Service Provider I used had its principal of business in this location.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and was signed in Potomac, Maryland.

Signed: Jane Doe _/s/ Jane Doe_

Dated: 06/20/07

# PROOF OF SERVICE

I, Cameron Manesh, am over 18 years of age and am not a party to the lawsuit discussed above. On this date, I used U.S. mail to send a copy of the Motion to Quash and Declaration of Doe in Support of Motion to Quash to:

1) Nancy M. Cremine
   Robinson and Cole LLP
   One Boston Place
   Boston, MA 02108-4404

2) University of Massachusetts
   374 Whitman Administration Building
   181 Presidents Drive
   Amherst, MA 01003-9313
   ISP: 72.19.72.66

Dated: 6-20-07

_____
(Signature)