UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and LAFACE RECORDS LLC, a Delaware limited liability company, <br><br>                  Plaintiffs, <br><br> v. <br><br> DOES 1 - 11, <br><br>                  Defendants. | CIVIL ACTION No. 04-cv-12434-NG (Consolidated Docket No.) <br><br> CIVIL ACTION No. 07-cv-10833-NG (Original Docket No.) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against all Defendant Does 1 – 11 from Civ. Act. No. 07-cv-10833-NG, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; MAVERICK RECORDING COMPANY; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and LAFACE RECORDS LLC

By their attorneys,

Dated: July 20, 2007     By: /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999