UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; PRIORITY RECORDS LLC, a California limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; MAVERICK RECORDING COMPANY, a California joint venture; LOUD RECORDS LLC, a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; FONOVISA, INC., a California corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; CAPITOL RECORDS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; ATLANTIC RECORDING CORPORATION, a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and LAFACE RECORDS LLC, a Delaware limited liability company, <br><br>     Plaintiffs, <br><br>v. <br><br>DOES 1 - 17, <br><br>     Defendants. | CIVIL ACTION No. 04-CV-12434-NG (Consolidated Docket Number) <br><br>CIVIL ACTION No. 07-CV-10924-NG (Original Docket Number) |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS. RECORDS INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #2 in Civ. Act. No. 07-CV-10924-NG, also identified as ID #120791286 with IP address 128.119.214.250 2007-03-06 10:25:04 EST, each party to bear its/his own fees and costs.

        WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; MAVERICK RECORDING COMPANY; LOUD RECORDS LLC; INTERSCOPE RECORDS; FONOVISA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and LAFACE RECORDS LLC

By their attorneys,

Dated: August 1, 2007   By:  /s/ Nancy M. Cremins
        John R. Bauer, BBO# 630742
        Nancy M. Cremins, BBO # 658932
        ROBINSON & COLE LLP
        One Boston Place
        Boston, MA  02108-4404
        Main Phone:  (617) 557-5900
        Main Fax:  (617) 557-5999