UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LONDON-SIRE RECORDS INC., et al., | ) | Civ. Act. No. 04-12434-NG |
| | ) | (LEAD DOCKET NUMBER) |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 05-10158-NG |
| | ) | (ORIGINAL DOCKET NUMBER) |
| DOES 1-4, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

## DEFAULT BY CLERK

It appearing from the records in this action that Summons has been served upon Defendant Richard L. Dubrock, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Richard L. Dubrock has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Richard L. Dubrock hereby is entered.

DATED: _August 21, 2007_        By: _Jennifer Gaudet_
                                          Deputy Clerk

1