UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; WARNER BROS. RECORDS INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; MAVERICK RECORDING COMPANY, a California joint venture; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; and INTERSCOPE RECORDS, a California general partnership,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1 - 21,<br><br>　　　　　　　Defendants. | CIVIL ACTION No. 04-cv-12434-NG (CONSOLIDATED DOCKET NO.)<br><br><br>CIVIL ACTION No. 07-cv-10834 (ORIGINAL DOCKET NO.) |

## <u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #8 from Civil Act. No. 07-cv-10834, also identified as ID #115316034 with IP address 168.122.211.176 2007-01-20 00:42:59 EST, each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; WARNER BROS.
RECORDS INC.; ATLANTIC RECORDING
CORPORATION; VIRGIN RECORDS
AMERICA, INC.; UMG RECORDINGS, INC.;
BMG MUSIC; CAPITOL RECORDS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
MOTOWN RECORD COMPANY, L.P.;
MAVERICK RECORDING COMPANY;
ELEKTRA ENTERTAINMENT GROUP INC.;
LAFACE RECORDS LLC; and INTERSCOPE
RECORDS

By their attorneys,

Dated: August 28, 2007          By:    /s/ Nancy M. Cremins
                                       John R. Bauer, BBO# 630742
                                       Nancy M. Cremins, BBO # 658932
                                       ROBINSON & COLE LLP
                                       One Boston Place
                                       Boston, MA  02108-4404
                                       Main Phone:  (617) 557-5900
                                       Main Fax:  (617) 557-5999