UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; MAVERICK RECORDING COMPANY, a California joint venture; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>v.<br><br>JOHN DOE<br><br>           Defendant. | CIVIL ACTION No. 1:04-cv-12434<br>(Consolidated Docket Number)<br><br>CIVIL ACTION No. 1:07-cv-11098<br>(Original Docket Number) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs UMG RECORDINGS, INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant John Doe from Civil Action No. 07-cv-11098, each party to bear its/his own fees and costs.

1

|  |  |
|---|---|
|  | UMG RECORDINGS, INC.; INTERSCOPE RECORDS; MAVERICK RECORDING COMPANY; SONY BMG MUSIC ENTERTAINMENT; ELEKTRA ENTERTAINMENT GROUP INC.; BMG MUSIC; and CAPITOL RECORDS, INC. |
|  | By their attorneys, |
| Dated: August 28, 2007 | By: /s/ Nancy M. Cremins<br>John R. Bauer, BBO# 630742<br>Nancy M. Cremins, BBO # 658932<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA  02108-4404<br>Main Phone:  (617) 557-5900<br>Main Fax:  (617) 557-5999 |