UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BMG MUSIC, a New York general partnership; )<br>CAPITOL RECORDS, INC., a Delaware )<br>corporation; ELEKTRA ENTERTAINMENT )<br>GROUP INC., a Delaware corporation; )<br>INTERSCOPE RECORDS, a California general )<br>partnership; MOTOWN RECORD )<br>COMPANY, L.P., a California limited )<br>partnership; SONY BMG MUSIC )<br>ENTERTAINMENT, a Delaware general )<br>partnership; UMG RECORDINGS, INC., a )<br>Delaware corporation; VIRGIN RECORDS )<br>AMERICA, INC., a California corporation; and )<br>WARNER BROS. RECORDS INC., a )<br>Delaware corporation, )<br>    )<br>                Plaintiffs, )<br>    )<br>v.    )<br>    )<br>DOES 1 - 2,    )<br>    )<br>                Defendants. )<br>    )<br>    ) | CIVIL ACTION No. 1:04-cv-12434<br>(Consolidated Docket No.)<br><br>CIVIL ACTION No. 1:07-cv-11102<br>(Original Docket No.) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs BMG MUSIC, *et al.*, by and through

their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against

Defendant Does 1 – 2 from Civ. Act. No. 07-cv-11102, each party to bear its/his own fees and

costs.

BMG MUSIC; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.;
INTERSCOPE RECORDS; MOTOWN
RECORD COMPANY, L.P.; SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; and WARNER BROS.
RECORDS INC.

By their attorneys,


Dated: August 28, 2007          By:    /s/ Nancy M. Cremins
                                        John R. Bauer, BBO# 630742
                                        Nancy M. Cremins, BBO # 658932
                                        ROBINSON & COLE LLP
                                        One Boston Place
                                        Boston, MA  02108-4404
                                        Main Phone:  (617) 557-5900
                                        Main Fax:  (617) 557-5999

2