UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; LAFACE RECORDS LLC, a Delaware limited liability company; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a California limited liability company; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; WARNER BROS. RECORDS INC., a Delaware corporation; and INTERSCOPE RECORDS, a California general partnership,<br><br>                Plaintiffs,<br><br>v.<br><br>DOES 1 - 11,<br><br>                Defendants. | Civ. Action No. 04-12434-NG<br>**Lead Docket Number**<br><br>Civ. Action No. 07-cv-11097 NG |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs SONY BMG MUSIC ENTERTAINMENT, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1 – 11 from Civ. Act. No. 07-cv-11097 NG, each party to bear its/his own fees and costs.

SONY BMG MUSIC ENTERTAINMENT;
ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG
MUSIC; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.;
LAFACE RECORDS LLC; MOTOWN
RECORD COMPANY, L.P.; PRIORITY
RECORDS LLC; UMG RECORDINGS, INC.;
VIRGIN RECORDS AMERICA, INC.;
WARNER BROS. RECORDS INC.; and
INTERSCOPE RECORDS

By their attorneys,

Dated: September 11, 2007     By:   /s/ Nancy M. Cremins
                                    John R. Bauer, BBO# 630742
                                    Nancy M. Cremins, BBO # 658932
                                    ROBINSON & COLE LLP
                                    One Boston Place
                                    Boston, MA  02108-4404
                                    Main Phone:  (617) 557-5900
                                    Main Fax:  (617) 557-5999