UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation, | CIVIL ACTION No. 04-cv-12434-NG (CONSOLIDATED DOCKET NUMBER)  CIVIL ACTION No.  07-cv-11100-NG (ORIGINAL DOCKET NUMBER) |

Plaintiffs,

v.

DOES 1 - 8,

Defendants.

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs LAFACE RECORDS LLC, *et al.*, by

and through their attorneys, voluntarily dismiss without prejudice their copyright infringement

claim against Defendant Doe #2 from Civil Action No. 07-cv-11100-NG, also identified as ID

#122069288 with IP address 18.172.5.221 2007-03-16 13:08:16 EDT, each party to bear its/his

own fees and costs.

LAFACE RECORDS LLC; ARISTA
RECORDS LLC; ATLANTIC RECORDING
CORPORATION; BMG MUSIC; CAPITOL
RECORDS, INC.; ELEKTRA
ENTERTAINMENT GROUP INC.;
INTERSCOPE RECORDS; SONY BMG
MUSIC ENTERTAINMENT; UMG
RECORDINGS, INC.; VIRGIN RECORDS
AMERICA, INC.; and WARNER BROS.
RECORDS INC.

By their attorneys,


Dated: September 26, 2007          By:     */s/Nancy M. Cremins*
                                           John R. Bauer, BBO# 630742
                                           Nancy M. Cremins, BBO # 658932
                                           ROBINSON & COLE LLP
                                           One Boston Place
                                           Boston, MA  02108-4404
                                           Main Phone:  (617) 557-5900
                                           Main Fax:  (617) 557-5999