UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAFACE RECORDS LLC, a Delaware limited liability company; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>v.<br><br>DOES 1 - 8,<br><br>          Defendants. | CIVIL ACTION No. 04-cv-12434-NG<br>(CONSOLIDATED DOCKET NUMBER)<br><br>CIVIL ACTION No. 07-cv-11100-NG<br>(ORIGINAL DOCKET NUMBER) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs LAFACE RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #7 from Civil Action No. 07-cv-11100-NG, also identified as ID #126430378 with IP address 18.245.7.19 2007-04-22 21:24:42 EDT, each party to bear its/his own fees and costs.

        LAFACE RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

        By their attorneys,

Dated: September 26, 2007   By:   */s/Nancy M. Cremins*
        John R. Bauer, BBO# 630742
        Nancy M. Cremins, BBO # 658932
        ROBINSON & COLE LLP
        One Boston Place
        Boston, MA  02108-4404
        Main Phone:  (617) 557-5900
        Main Fax:  (617) 557-5999