UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WARNER BROS., *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 17 <br><br> Defendant. | Civ. Act. No. 04-CV-12434 <br> (CONSOLIDATED DOCKET NUMBER) <br><br> Civ. Act. No. 1:07-cv-10924 <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs WARNER BROS., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #16 from C.A. No. 07-cv-10924, ID #123319084 with IP address 72.19.81.186 2007-03-27 03:11:09 EDT, each party to bear its/his own fees and costs.

1

        WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; PRIORITY RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; MAVERICK RECORDING COMPANY; LOUD RECORDS LLC; INTERSCOPE RECORDS; FONOVISA, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC

By their attorneys,

Dated: October 15, 2007    By:  /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

2