UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**DOES 1-4,**<br>    **Defendants.** | Civil Action<br>No. 04CV12434-NG<br>LEAD DOCKET NUMBER |
| INTERSCOPE RECORDS, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-10,<br>    Defendants. | No. 07CV11458-NG<br>ORIGINAL DOCKET NO. |
| ARISTA RECORDS, LLC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-6,<br>    Defendants. | No. 07cv11966-NG<br>ORIGINAL DOCKET NO. |
| ARISTA RECORDS, LLC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-21,<br>    Defendants. | No. 07cv11967-NG<br>ORIGINAL DOCKET NO. |
| VIRGIN RECORDS AMERICA, INC., et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOES 1-25,<br>    Defendants. | No. 07cv12103-NG<br>ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

**ORDER OF CONSOLIDATION**
November 7, 2007

The three cases above are all hereby **ORDERED** consolidated under the **lead case, docket number 04cv12434-NG**, pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 004cv12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: November 7, 2007**                    */s/Nancy Gertner*
                                               **NANCY GERTNER, U.S.D.C.**