**Boston University**

Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
Tel: 617-353-2326
Fax: 617-353-5529

Todd L. C. Klipp
*Vice President and
General Counsel*



Willis G. Wang
*Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

November 19, 2007

Clerk of Courts, Civil
United States District Court
Eastern District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   <u>Artista Records LLC et al.</u> v. <u>Does 1-21</u>,
      Civil Action No. 07-10834-NG (D. Mass.)
      Lead Case – Civil Action No. 04-12434-NG (D. Mass.)

Dear Clerk:

On June 13, 2007 one of the "John Doe" defendants named in the above-referenced lawsuit filed a Motion To Quash Subpoena (the "Motion"). [Civil Action No. 04-12434 Docket No. 103.] It appears from the docket that Motion remains pending. On November 16, 2007, Boston University received a copy of the Court's Order Granting Plaintiffs' Motion for Leave to Take Immediate Discovery dated November 7, 2007 and an accompanying subpoena.

I note that the Motion To Quash does not identify the particular "John Doe" defendant on behalf of whom it has been filed and Boston University does not know the identity of that particular "John Doe" defendant. Consequently, Boston University will await the Court's resolution of the Motion To Quash before responding to the subpoena.

If you have any questions please do not hesitate to call me.

Best regards,

*Crystal D. Talley*
Crystal D. Talley

CDT