**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**  )<br>      **Plaintiffs,**                    )<br>                                         )<br>      **v.**                             )<br>                                         )<br> **DOES 1-4,**                            )<br>      **Defendants.**                    ) | No. 04CV12434-NG<br>LEAD DOCKET NUMBER |
| ARISTA RECORDS, LLC, et al.,            )<br>      Plaintiffs,                        )<br>                                         )<br>      v.                                 )<br>                                         )<br> DOES 1-19,                               )<br>      Defendants.                        ) | No. 07CV12203-NG<br>ORIGINAL DOCKET NO. |
| ARISTA RECORDS, LLC, et al.,            )<br>      Plaintiffs,                        )<br>                                         )<br>      v.                                 )<br>                                         )<br> DOES 1-7,                                )<br>      Defendants.                        ) | No. 07CV12204-NG<br>ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION
December 3, 2007

The two above-captioned cases are hereby **ORDERED** consolidated under the **lead case, docket number 2004-12434-NG,** pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: December 3, 2007**              */s/Nancy Gertner*
                                         **NANCY GERTNER, U.S.D.C.**