UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC. *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4 <br><br> Defendant. | Civ. Act. No. 04-cv-12434-NG <br> (LEAD DOCKET NUMBER) |
| INTERSCOPE RECORDS, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-10 <br><br> Defendants. | Civ. Act. No. 07-cv-11458-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs INTERSCOPE RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1-10 from Civ. Act. No. 07-11458, each party to bear its/their own fees and costs.

1

INTERSCOPE RECORDS; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; LAFACE RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; ARISTA RECORDS LLC; VIRGIN RECORDS AMERICA, INC.; PRIORITY RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; ATLANTIC RECORDING CORPORATION; and MAVERICK RECORDING COMPANY

By their attorneys,

Dated: December 5, 2007        By:   /s/ Nancy M. Cremins
                                     John R. Bauer, BBO# 630742
                                     Nancy M. Cremins, BBO # 658932
                                     ROBINSON & COLE LLP
                                     One Boston Place
                                     Boston, MA  02108-4404
                                     Main Phone:  (617) 557-5900
                                     Main Fax:  (617) 557-5999