UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1–4, )<br>)<br>Defendants. ) | CIVIL ACTION No1:04-cv-12434-NG<br>LEAD DOCKET NUMBER |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Massachusetts Local Rule 83.5.3(b), John R. Bauer and Nancy M. Cremins, both members of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of Massachusetts, move for the admission of Katheryn Jarvis Coggon, a member of the Bar of the State of Colorado, to this Court for the purpose of representing plaintiffs in all consolidated cases in the above-captioned matter, and state as follows:

1.    Katheryn Jarvis Coggon is special counsel at the law firm of Holme Roberts & Owen LLP. Her business address is 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203. Her telephone number is (303) 866-1408.

2.    Katheryn Jarvis Coggon is a member in good standing of the Bar of the State of Colorado. There are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction.

3.    Katheryn Jarvis Coggon is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4.    John R. Bauer and Nancy M. Cremins, both members of the Bar of the Commonwealth of Massachusetts and the United States District Court for the District of

#1294840 v1

Massachusetts, will continue to represent plaintiffs if this motion is granted.

5. In further support of this motion, attached hereto as <u>Exhibit A</u> is the Affidavit of Katheryn Jarvis Coggon.

6. In accordance with this Court's fee schedule, a fifty dollar ($50) filing fee will be paid for the admission of Katheryn Jarvis Coggon to this Court within 24 hours after this document is submitted electronically.

WHEREFORE, the plaintiffs respectfully request that Katheryn Jarvis Coggon be admitted to practice before this court *pro hac vice* for the purpose of appearing as counsel for plaintiffs in the above-referenced proceeding in accordance with the Rules of this Court.

               LONDON-SIRE RECORDS, INC., et al.,

               By their attorneys,

Dated: December 12, 2007   By: /s/ Nancy M. Cremins
              John R. Bauer, BBO# 630742
              Nancy M. Cremins, BBO # 658932
              ROBINSON & COLE LLP
              One Boston Place
              Boston, MA  02108-4404
              Main Phone:  (617) 557-5900
              Main Fax:  (617) 557-5999

## CERTIFICATE OF SERVICE

    In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on December 12, 2007 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                           /s/ Nancy M. Cremins
                                           Nancy M. Cremins

#1294840 v1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DOES 1–4, )<br>)<br>Defendants. ) | CIVIL ACTION No. 1:04-cv-12434-NG<br>LEAD DOCKET NUMBER |

### AFFIDAVIT OF KATHERYN JARVIS COGGON

I, KATHERYN JARVIS COGGON, depose and state as follows:

1. I am an attorney licensed to practice law in the State of Colorado, as well as the United States District Court for the District of Colorado.

2. I am a resident of Colorado.

3. I am special counsel at the law firm of Holme Roberts & Owen LLP, located at 1700 Lincoln Street, Suite 4100, Denver, CO 80203. The firm telephone number is (303) 861-7000 and my direct telephone number is (303) 866-0408.

4. I am authorized to practice law in the following federal court districts: United States District Court for the District of Colorado.

5. I was admitted to practice law in the State of Colorado on October 14, 1994. My Colorado Bar Registration number is 024515.

6. I am a member in good standing and duly licensed and admitted to practice in each of the jurisdictions listed above.

7. I have never been suspended or disbarred in my jurisdiction, and there are no

#1295155 v1

disciplinary actions pending against me in any federal or state court.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. If the Court allows the Motion for me to appear *pro hac vice* in this matter, I will represent Plaintiffs in this proceeding until the final determination thereof, and with reference to all matters, incidents, or proceedings, I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

Signed under the penalties of perjury this 7th day of December, 2007.

*Katheryn Jarvis Coggon*
Katheryn Jarvis Coggon

2

#1295155 v1