UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 -21 <br><br> Defendant. | Civ. Act. No.  1:07-cv-11967-NG <br> (ORIGINAL DOCKET NUMBER) |

### **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #19 from Civ. Act. No. 07-11967, also identified as ID #133780542 with IP address 168.122.250.147 2007-06-23 05:53:22 EDT, each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; LAFACE RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; INTERSCOPE RECORDS; LOUD RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; and PRIORITY RECORDS LLC

By their attorneys,

Dated: December 17, 2007    By:    /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999