UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al.,  ) | |
| ) | |
| Plaintiffs,  ) | |
| ) | |
| v.  ) | CIVIL ACTION No. 1:04-cv-12434-NG |
| ) | LEAD DOCKET NUMBER |
| DOES 1–4,  ) | |
| ) | |
| Defendants.  ) | |

**NOTICE OF COMPLIANCE WITH COURT ORDER**

Katheryn Jarvis Coggon of the law firm HOLME ROBERTS & OWEN LLP, 1700 Lincoln Street, Suite 4100, Denver, Colorado 80203, hereby submits this Notice of Compliance With Court Order pursuant to the Court's December 19, 2007 Order granting the Motion to Appear Pro Hac Vice, and states that she has registered to file further pleadings electronically through CM/ECF.

DATED:  December 27, 2007

HOLME ROBERTS & OWEN LLP
KATHERYN JARVIS COGGON

By:    **s/ Katheryn Jarvis Coggon**
Katheryn Jarvis Coggon

1700 Lincoln, Suite 4100
**D.C. Box No. 07**
Denver, Colorado 80203
Telephone: (303) 861-7000

Attorneys for Plaintiffs