UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ZOMBA RECORDING LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 -12 <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) Civ. Act. No.  07-cv-12366-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by

and through their attorneys, voluntarily dismiss without prejudice their copyright claims against

Defendant Doe #5 from Civ. Act. No. 07-12366, also identified as ID #142316832 with IP

address 168.122.182.247 2007-09-17 00:11:39 EDT, each party to bear its/his own fees and

costs.

ZOMBA RECORDING LLC; WARNER
BROS. RECORDS INC.; VIRGIN RECORDS
AMERICA, INC.; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
NONESUCH RECORDS INC.; MAVERICK
RECORDING COMPANY; LOUD RECORDS
LLC; LAFACE RECORDS LLC;
INTERSCOPE RECORDS; ELEKTRA
ENTERTAINMENT GROUP INC.; CAPITOL
RECORDS, INC.; BMG MUSIC; ATLANTIC
RECORDING CORPORATION; and ARISTA
RECORDS LLC

By their attorneys,

Dated: January 31, 2008          By:    /s/ Nancy M. Cremins
                                        John R. Bauer, BBO# 630742
                                        Nancy M. Cremins, BBO # 658932
                                        ROBINSON & COLE LLP
                                        One Boston Place
                                        Boston, MA  02108-4404
                                        Main Phone:  (617) 557-5900
                                        Main Fax:  (617) 557-5999

## CERTIFICATE OF ELECTRONIC FILING

The undersigned counsel attests that the foregoing was filed and served in accordance with ECF/CM procedure on this 31st day of January 2008.


/s/ Nancy M. Cremins_____