UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>        Defendants. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-6<br><br>        Defendants. | Civ. Act. No. 07-CV-11966-NG<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #5 from Civ. Act. No. 07- -11966, also identified as ID #122937443 with IP address 136.167.245.80 2007-03-23 17:34:00 EDT, each party to bear its/his own fees and costs.

1

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

By their attorneys,

Dated: January 31, 2008            By:   /s/ Nancy M. Cremins
                                         John R. Bauer, BBO# 630742
                                         Nancy M. Cremins, BBO # 658932
                                         ROBINSON & COLE LLP
                                         One Boston Place
                                         Boston, MA  02108-4404
                                         Main Phone:  (617) 557-5900
                                         Main Fax:  (617) 557-5999

2

**CERTIFICATE OF ELECTRONIC FILING**

The undersigned counsel attests that the foregoing was filed and served in accordance with ECF/CM procedure on this 31st day of January 2008.

/s/ Nancy M. Cremins