UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendants. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-19 <br><br> Defendants. | Civ. Act. No. 07-cv-12203-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Doe #13 from 07-12203, also identified as ID #141364414 with IP address 18.245.5.92 2007-09-06 17:13:07 EDT, each party to bear its/his own fees and costs.

1

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: January 31, 2008    By:    /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

## **CERTIFICATE OF ELECTRONIC FILING**

    The undersigned counsel attests that the foregoing was filed and served in accordance with ECF/CM procedure on this 31st day of January 2008.

                                                 /s/ Nancy M. Cremins