**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**<br>  **Plaintiffs,**<br><br>  **v.**<br><br>**DOE 1 et al.,**<br>  **Defendants.** | **No. 04CV12434-NG**<br>**LEAD DOCKET NO.** |
| ARISTA RECORDS LLC, et al.,<br>  Plaintiffs,<br><br>  v.<br><br>DOE 1 et al.,<br>  Defendants. | No. 08CV10139-NG<br>ORIGINAL DOCKET NO. |
| ELEKTRA ENTERTAINMENT GROUP,<br>  et al.,<br>  Plaintiffs,<br><br>  v.<br><br>DOE 1 et al.,<br>  Defendants. | No. 08CV10140-NG<br>ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

<u>**ORDER OF CONSOLIDATION**</u>

The above-captioned cases are hereby **ORDERED** consolidated with the **lead case, docket number 2004-12434-NG,** pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: January 31, 2008**               */s/Nancy Gertner*
                                          **NANCY GERTNER, U.S.D.C.**