UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ZOMBA RECORDING LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 -12 <br><br> Defendants. | Civ. Act. No. 07-CV-12366-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #8 from Civ. Act. No. 07-CV-12366, also identified as ID #144463760 with IP address 168.122.177.18 2007-10-10 15:39:52 EDT, each party to bear its/his own fees and costs.

1

ZOMBA RECORDING LLC; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; NONESUCH RECORDS INC.; MAVERICK RECORDING COMPANY; LOUD RECORDS LLC; LAFACE RECORDS LLC; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC

By their attorneys,

Dated: February 8, 2008         By:   /s/ Nancy M. Cremins
                                      John R. Bauer, BBO# 630742
                                      Nancy M. Cremins, BBO # 658932
                                      ROBINSON & COLE LLP
                                      One Boston Place
                                      Boston, MA  02108-4404
                                      Main Phone: (617) 557-5900
                                      Main Fax: (617) 557-5999

## CERTIFICATE OF ELECTRONIC FILING

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on February 8, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

         /s/ Nancy M. Cremins
         Nancy M. Cremins

Case 1:04-cv-12434-NG    Document 153    Filed 02/08/2008    Page 3 of 3