UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>DOES 1-6<br><br>Defendants. | Civ. Act. No. 07-CV-11966-NG<br>(ORIGINAL DOCKET NUMBER) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and

through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims

against Defendant Does 1-6 from Civ. Act. 07-CV-11966-NG, each party to bear its/his own fees

and costs.

1

ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG
MUSIC; CAPITOL RECORDS, INC.;
ELEKTRA ENTERTAINMENT GROUP INC.;
INTERSCOPE RECORDS; LAFACE
RECORDS LLC; MOTOWN RECORD
COMPANY, L.P.; PRIORITY RECORDS
LLC; SONY BMG MUSIC
ENTERTAINMENT; UMG RECORDINGS,
INC.; VIRGIN RECORDS AMERICA, INC.;
and WARNER BROS. RECORDS INC.

By their attorneys,

Dated: February 8, 2008          By:    /s/ Nancy M. Cremins
                                        John R. Bauer, BBO# 630742
                                        Nancy M. Cremins, BBO # 658932
                                        ROBINSON & COLE LLP
                                        One Boston Place
                                        Boston, MA  02108-4404
                                        Main Phone:  (617) 557-5900
                                        Main Fax:  (617) 557-5999

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on February 8, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Nancy M. Cremins
                                        Nancy M. Cremins

2