UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br>        Plaintiffs, <br><br>v. <br><br>DOES 1-4, <br><br>        Defendants. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.* <br><br>        Plaintiffs, <br><br>v. <br><br>DOES 1-19 <br><br>        Defendants. | Civ. Act. No. 07-cv-12203-NG <br> (ORIGINAL DOCKET NUMBER) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendants from Civ. Act. No. 07-cv-12203-NG identified as follows: Doe #3 , also identified as ID #129257469 with IP address 18.188.71.7 2007-05-16 01:34:37 EDT, Doe #4, also identified as ID #137860101 with IP address 18.212.1.92 2007-08-01 13:53:32 EDT, and Doe #18, also identified as ID #141397456 with IP address 18.95.5.225 2007-09-07 00:36:23 EDT.  Each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: February 20, 2008          By:   /s/ Nancy M. Cremins
                                        John R. Bauer, BBO# 630742
                                        Nancy M. Cremins, BBO # 658932
                                        ROBINSON & COLE LLP
                                        One Boston Place
                                        Boston, MA  02108-4404
                                        Main Phone:  (617) 557-5900
                                        Main Fax:  (617) 557-5999

**CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on February 20, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins