UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. Act. No. 04-CV-12434-NG |
| v. | ) | (LEAD DOCKET NUMBER) |
| DOES 1-4, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ZOMBA RECORDING LLC, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. Act. No.  07-cv-12366-NG |
| v. | ) | (ORIGINAL DOCKET NUMBER) |
| DOES 1 -12 | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #12 from Civ. Act. No. 07-cv-12366-NG, also identified as ID #146642381 with IP address 168.122.204.47 2007-11-01 07:33:14 EDT, each party to bear its/his own fees and costs.

1

ZOMBA RECORDING LLC; WARNER
BROS. RECORDS INC.; VIRGIN RECORDS
AMERICA, INC.; UMG RECORDINGS, INC.;
SONY BMG MUSIC ENTERTAINMENT;
NONESUCH RECORDS INC.; MAVERICK
RECORDING COMPANY; LOUD RECORDS
LLC; LAFACE RECORDS LLC;
INTERSCOPE RECORDS; ELEKTRA
ENTERTAINMENT GROUP INC.; CAPITOL
RECORDS, INC.; BMG MUSIC; ATLANTIC
RECORDING CORPORATION; and ARISTA
RECORDS LLC

By their attorneys,

Dated: February 21, 2008          By:    /s/ Nancy M. Cremins
                                         John R. Bauer, BBO# 630742
                                         Nancy M. Cremins, BBO # 658932
                                         ROBINSON & COLE LLP
                                         One Boston Place
                                         Boston, MA  02108-4404
                                         Main Phone:  (617) 557-5900
                                         Main Fax:  (617) 557-5999

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this
document filed through the ECF system on February 21, 2008 will be sent electronically to the
registered participants as identified on the Notice of Electronic Filing.

                                         /s/ Nancy M. Cremins
                                         Nancy M. Cremins

2