**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,** ) <br>    **Plaintiffs,**  ) <br> ) <br>    v.  ) <br> ) <br> **DOE 1 et al.,**  ) <br>    **Defendants.**  ) | **No. 04CV12434-NG** <br> **LEAD DOCKET NO.** |
| ARISTA RECORDS LLC, et al.,  ) <br>    Plaintiffs,  ) <br> ) <br>    v.  ) <br> ) <br> DOE 1 et al.,  ) <br>    Defendants.  ) | No. 08CV10321-NG <br> ORIGINAL DOCKET NO. |
| ZOMBA RECORDING LLC, et al.,  ) <br>    Plaintiffs,  ) <br> ) <br>    v.  ) <br> ) <br> DOE 1 et al.,  ) <br>    Defendants.  ) | No. 08CV10330-NG <br> ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION

The above-captioned cases are hereby **ORDERED** consolidated with the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.**

Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: March 4, 2008**              */s/Nancy Gertner*
                                      **NANCY GERTNER, U.S.D.C.**