UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br>    Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br>    Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.* <br><br>    Plaintiffs, <br><br> v. <br><br> DOES 1-19 <br><br>    Defendants. | Civ. Act. No. 07-cv-12203-NG <br> (ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe #1 in Civ. Act. No. 07-12203, also identified as ID #129173064 with IP address 18.124.3.132 2007-05-15 10:56:12 EDT, each party to bear its/his own fees and costs.

1

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: March 6, 2008         By:    /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

## CERTIFICATE OF ELECTRONIC FILING

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on March 6, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins