UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>v.<br><br>DOES 1 - 7,<br><br>            Defendants. | Civ. Action No. 04-12434-NG<br>**Lead Docket Number**<br><br>Civ. Action No. 07-12204-NG<br>**Original Docket Number** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1 – 7 from Civ. Act. No. 07-12204, each party to bear its/his own fees and costs.

|  |  |
|---|---|
|  | ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.<br><br>By their attorneys, |
| Dated: March 27, 2008 | By: /s/ Nancy M. Cremins<br>John R. Bauer, BBO# 630742<br>Nancy M. Cremins, BBO # 658932<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA  02108-4404<br>Main Phone:  (617) 557-5900<br>Main Fax:  (617) 557-5999 |

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on March 27, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins