UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**  )<br>    **Plaintiffs,**  )<br>  )<br>    v.  )<br>  )<br>**DOE 1 et al.,**  )<br>    **Defendants.**  ) | **No. 04CV12434-NG**<br>**LEAD DOCKET NO.** |
| LAFACE RECORDS, LLC, et al.,  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>DOE 1 et al.,  )<br>    Defendants.  ) | No. 08CV10492-NG<br>ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION

The above-captioned case is hereby **ORDERED** consolidated with the **lead case, docket number 2004-12434-NG,** pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**
**Date: April 3, 2008**                    */s/Nancy Gertner*
                                            **NANCY GERTNER, U.S.D.C.**