UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| LAFACE RECORDS LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-8 <br><br> Defendants. | Civ. Act. No. 07-CV-11100-NG <br> (ORIGINAL DOCKET NUMBER) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs LAFACE RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against all remaining Defendant Does from Civ. Act. No. 07-CV-11100-NG, each party to bear its/his own fees and costs.

1

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: April 7, 2008         By:   /s/ Nancy M. Cremins
                                   John R. Bauer, BBO# 630742
                                   Nancy M. Cremins, BBO # 658932
                                   ROBINSON & COLE LLP
                                   One Boston Place
                                   Boston, MA  02108-4404
                                   Main Phone:  (617) 557-5900
                                   Main Fax:  (617) 557-5999

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on April 7, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins