UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al.,   )<br>                                                          )<br>            Plaintiffs,                               )<br>                                                          )<br>                                                          )<br>                -v.-                                    )<br>                                                          )<br>DOE 1 et al.,                                       )<br>                                                          )<br>            Defendants.                          )<br>_____) | No. **1:04cv12434-NG**<br>         LEAD DOCKET NO. |

**MOTION TO STRIKE DECLARATIONS OF CARLOS LINARES IN SUPPORT OF *EX PARTE* APPLICATIONS FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Doe moves to strike the Linares declarations which have been filed in each of the actions consolidated under 1:04-cv-12434-NG. The Court's Order on Motions to Quash dated March 31, 2008, invited this motion. See said Order, footnote 30.

Reasons and support for this motion are set forth in the accompanying Memorandum of Law In Support of Does' Motion To (A) Strike Declarations Of Carlos Linares In Support Of Ex Parte Applications For Leave To Take Immediate Discovery; and (B) Vacate All Orders Granting Said Applications.

                                                                Respectfully submitted,

                                                                JOHN DOE
                                                                By its Attorneys

Dated April 9, 2008                            /s/ Raymond Sayeg_____
                                                                Raymond Sayeg, BBO #555437
                                                                DENNER PELLEGRINO, LLP
                                                                Four Longfellow Place, 35th Floor
                                                                Boston, Massachusetts  02114
                                                                (617 ) 742-1184

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be served on those indicated as non-registered participants.

                                                        */s/ Raymond Sayeg*  
                                                        Denner Pellegrino LLP

: