UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al., ) | No. **1:04cv12434-NG** |
| ) | LEAD DOCKET NO. |
| Plaintiffs, ) | |
| ) | |
| -v.- ) | |
| ) | |
| DOE 1 et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**MOTION TO VACATE ALL ORDERS GRANTING *EX PARTE* APPLICATIONS FOR LEAVE TO TAKE IMMEDIATE DISCOVERY**

Doe moves to vacate all orders granting plaintiffs' *ex parte* applications for leave to take immediate discovery for all cases consolidated under action 1:04cv12434-NG.

Reasons and support for this motion are set forth in the accompanying Memorandum of Law In Support of Doe's Motion To (A) Strike Declarations Of Carlos Linares In Support Of Ex Parte Applications For Leave To Take Immediate Discovery and (B) Vacate All Orders Granting Said Applications.

Respectfully submitted,

JOHN DOE
By its Attorneys

Dated April 9, 2008

/s/ Raymond Sayeg_____
Raymond Sayeg, BBO #555437
DENNER PELLEGRINO, LLP
Four Longfellow Place, 35th Floor
Boston, Massachusetts  02114
(617 ) 742-1184

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be served on those indicated as non-registered participants.

                                                                                                                                _/s/ Raymond Sayeg_____
                                                                                                                                Denner Pellegrino LLP

: