UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br>         Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br>         Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| VIRGIN RECORDS , *et al.* <br><br>         Plaintiffs, <br><br> v. <br><br> DOES 1-25 <br><br>         Defendants. | Civ. Act. No. 07-CV-12103-NG <br> (ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs VIRGIN RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Doe #1, ID # 129097135 from Civ. Act. No. 07-CV-12103-NG with the IP address 128.119.103.242 2007-05-14 21:59:35 EDT, each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: April 10, 2008       By: /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on April 10, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins