UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC. et al.,**     )<br>    **Plaintiffs,**                     )<br>                                           )<br>    v.                                     )<br>                                           )<br> **DOE 1, et al.,**                        )<br>    **Defendants.**                        ) | **No. 04CV12434-NG**<br>**LEAD DOCKET NO.** |
| VIRGIN RECORDS AMERICA, INC., et al.,     )<br>    Plaintiffs,                            )<br>                                           )<br>    v.                                     )<br>                                           )<br> RICHARD L. DUBROCK,                        )<br>    Defendant.                             ) | No. 05cv10158-NG<br>ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

## ORDER TO APPEAR FOR HEARING

To RICHARD DUBROCK:

You have sued by a number of record companies ("the plaintiffs"). The plaintiffs claim that you illegally downloaded and/or shared music over a peer-to-peer network. For each song that you are alleged to have shared, the plaintiffs are seeking $750 in damages. In your case, the plaintiffs claim you shared 7 songs; that totals $5250.

Although you were served with notice of this case on March 29, 2007, you did not respond. At the plaintiffs' request, a clerk of this Court therefore entered a "default" against you -- an acknowledgment of your failure to respond. Under Federal Rule of Civil Procedure 55, a default is generally considered to be an admission that the plaintiffs' allegations are true. The plaintiffs have also requested a "default judgment" against you, meaning a judgment that is uncontested because the defendant has not responded. If default judgment is granted, the Court must enter a legally enforceable judgment against you in the amount stated above, as well as costs in the amount of $550.

Some defendants in a situation similar to yours have been able to negotiate a settlement with the plaintiffs, resulting in a lower payment.

**The Court will hold a hearing on the motion for default judgment on Tuesday, June 17, at 2:30 p.m. The hearing will be held in Courtroom 2 of the John Joseph Moakley Federal Courthouse, One Courthouse Way, Boston, MA. You are ORDERED to appear for this hearing, either in person or through an attorney.**

**IF YOU DO NOT APPEAR FOR THIS HEARING, DEFAULT JUDGMENT WILL BE ENTERED AGAINST YOU.**

**Date: April 21, 2008**                     */s/Nancy Gertner*
                                             **NANCY GERTNER, U.S.D.C.**