UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>      Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ZOMBA RECORDING LLC, *et al.*<br><br>      Plaintiffs,<br><br>v.<br><br>DOES 1-8<br><br>      Defendants. | Civ. Act. No. 08-cv-10330-NG<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe # 5 from Civ. Act. No. 08-cv-10330-NG, also identified as ID # 148938129 with IP address 18.242.6.43 2007-11-24 16:59:34 EST, each party to bear its/his own fees and costs.

ZOMBA RECORDING LLC; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; LAVA RECORDS LLC; LAFACE RECORDS LLC; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, INC.; BMG MUSIC; ATLANTIC RECORDING CORPORATION; ARISTA RECORDS LLC; and MAVERICK RECORDING COMPANY

By their attorneys,

Dated: April 23, 2008     By:   /s/ Nancy M. Cremins
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on April 23, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins