UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>　　　　　Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ARIST RECORDS LLC, *et al.*<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>DOES 1-3<br><br>　　　　　Defendant. | Civ. Act. No. 08-cv-10321-NG<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1 – 3 from Civ. Act. No. 08-cv-10321-NG, each party to bear its/his own fees and costs.

1

ARISTA RECORDS LLC; BMG MUSIC; CAPITOL RECORDS, INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; and WARNER BROS. RECORDS INC.

By their attorneys,

Dated: May 1, 2008              By:   /s/ Nancy M. Cremins
                                      John R. Bauer, BBO# 630742
                                      Nancy M. Cremins, BBO # 658932
                                      ROBINSON & COLE LLP
                                      One Boston Place
                                      Boston, MA  02108-4404
                                      Main Phone:  (617) 557-5900
                                      Main Fax:  (617) 557-5999

**CERTIFICATE OF ELECTRONIC FILING**

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on May 1, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins

2