UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al. ) ) ) Plaintiffs, ) ) v. ) ) DOES 1-4, ) ) Defendants. ) | Civil Action No. 04-12434-NG (LEAD DOCKET NUMBER) |

## NOTICE OF APPEARANCE

Claire Newton, of Robinson & Cole, LLP, hereby enters her appearance in this action on behalf of all Plaintiffs.

BOST1-942255-1

Respectfully submitted,

**LONDON-SIRE RECORDS, INC.,
ATLANTIC RECORDING CORPORATION,
BMG MUSIC,
ELEKTRA ENTERTAINMENT GROUP INC.,
INTERSCOPE RECORDS,
UMG RECORDINGS, INC.,
SONY BMG MUSIC ENTERTAINMENT,
ARISTA RECORDS LLC,
CAPITOL RECORDS, INC.,
VIRGIN RECORDS AMERICA, INC. AND
WARNER BROS. RECORDS, INC.,**

By their attorney,

  /s/ Claire Newton
John R. Bauer, BBO #630742
Nancy M. Cremins, BBO #658932
Claire Newton, BBO #669598
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5900

Dated: May 6, 2008

**CERTIFICATE OF ELECTRONIC FILING**

  In accordance with Local Rule 5.2(b), I, Claire Newton, hereby certify that this document filed through the ECF system on May 6, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

              /s/ Claire Newton
              Claire Newton