UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>        Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| VIRGIN RECORDS, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-25<br><br>        Defendants. | Civ. Act. No. 07-cv-12103-NG<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Doe # 12 from Civ. Act. No. 07-cv-12103-NG, also identified as ID # 130034364 with IP address 72.19.114.209 2007-05-21 10:38:19 EDT, Doe # 18 from Civ. Act. No. 07-cv-12103-NG, also identified as ID # 126791655 with IP address 72.19.77.111 2007-04-26 03:45:43 EDT, Doe # 20 from Civ. Act. No. 07-cv-12103-NG, also identified as ID # 126525566 with IP address 72.19.72.221 2007-04-23 18:50:47 EDT, and Doe # 23 from Civ.

Act. No. 07-cv-12103-NG, also identified as ID # 129257407 with IP address 72.19.119.138

2007-05-16 01:20:23 EDT, each party to bear its/his own fees and costs.

VIRGIN RECORDS AMERICA, INC.;
ARISTA RECORDS LLC; ATLANTIC
RECORDING CORPORATION; BMG
MUSIC; CAPITOL RECORDS, LLC;
ELEKTRA ENTERTAINMENT GROUP INC.;
FONOVISA, INC.; INTERSCOPE RECORDS;
LAFACE RECORDS LLC; LAVA RECORDS
LLC; MAVERICK RECORDING COMPANY;
MOTOWN RECORD COMPANY, L.P.;
PRIORITY RECORDS LLC; SONY BMG
MUSIC ENTERTAINMENT; and UMG
RECORDINGS, INC.

By their attorneys,

Dated: May 19, 2008          By:   /s/ Nancy M. Cremins
                                   John R. Bauer, BBO# 630742
                                   Nancy M. Cremins, BBO # 658932
                                   ROBINSON & COLE LLP
                                   One Boston Place
                                   Boston, MA  02108-4404
                                   Main Phone:  (617) 557-5900
                                   Main Fax:  (617) 557-5999

## CERTIFICATE OF ELECTRONIC FILING

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on May 19, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Nancy M. Cremins
Nancy M. Cremins