UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>        Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| VIRGIN RECORDS, *et al.*<br><br>        Plaintiffs,<br><br>v.<br><br>DOES 1-25<br><br>        Defendants. | Civ. Act. No. 07-cv-12103-NG<br>(ORIGINAL DOCKET NUMBER) |

## **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe # 6 in Civ. Act. No. 07-cv-12103-NG, also identified as ID # 141674054 with IP address 72.19.101.169 2007-09-09 18:03:43 EDT, each party to bear its/her own fees and costs.

          VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC.

          By their attorneys,

Dated: May 28, 2008      By:  /s/ Nancy M. Cremins
          John R. Bauer, BBO# 630742
          Nancy M. Cremins, BBO # 658932
          ROBINSON & COLE LLP
          One Boston Place
          Boston, MA  02108-4404
          Main Phone:  (617) 557-5900
          Main Fax:  (617) 557-5999

## CERTIFICATE OF ELECTRONIC FILING

In accordance with Local Rule 5.2(b), I, Nancy M. Cremins, hereby certify that this document filed through the ECF system on May 28, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

          /s/ Nancy M. Cremins
          Nancy M. Cremins