UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., et al.,    ) | No. **1:04cv12434-NG** |
|                                               ) |      LEAD DOCKET NO. |
|       Plaintiffs,    ) | |
|                                               ) | |
|                   -v.-    ) | |
|                                              ) | |
| DOE 1 et al.,    ) | |
|                                              ) | |
|       Defendants.    ) | |
| _____) | |

**CORRECTION TO DOCUMENT 189, SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO STRIKE LINARES DECLARATIONS AND MOTION TO VACATE ALL ORDERS GRANTING EXPEDITED OR IMMEDIATE DISCOVERY**

      In the first paragraph of Document 189, the sentence "Doe requests leave to file this supplemental memorandum because neither Doe nor Doe's counsel discovered less than two weeks ago an important fact regarding the truth of the Linares declarations and plaintiffs' representations regarding Linares's status as an attorney and Doe believes the newly discovered fact will be of interest to the Court in deciding the pending motions to strike and vacate" should have read "Doe requests leave to file this supplemental memorandum because neither Doe nor Doe's counsel discovered until less than two weeks ago an important fact regarding the truth of the Linares declarations and plaintiffs' representations regarding Linares's status as an attorney and Doe believes the newly discovered fact will be of interest to the Court in deciding the pending motions to strike and vacate".

    Document 189 should have noted that Mr. Linares is not admitted to practice law in the Commonwealth of Massachusetts, either.

                                                           Respectfully submitted,
                                                            JOHN DOE
                                                           By its Attorneys

Dated June 3, 2008                         /s/ Raymond Sayeg_____
                                                          Raymond Sayeg, BBO #555437
                                                          DENNER PELLEGRINO, LLP
                                                          Four Longfellow Place, 35th Floor
                                                          Boston, Massachusetts  02114
                                                          (617 ) 742-1184

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and will be served electronically to the registered participants identified on the Notice of Electronic Filing (NEF) and paper copies will be served on those indicated as non-registered participants.

                                           _/s/ Raymond Sayeg_
                                           Denner Pellegrino LLP

: