**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,**<br>    **Plaintiffs,**<br><br>    v.<br><br>**DOE 1 et al.,**<br>    **Defendants.** | **No. 04CV12434-NG**<br>**LEAD DOCKET NO.** |
| ZOMBA RECORDING LLC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOE 1 et al.,<br>    Defendants. | No. 08CV10895-NG<br>ORIGINAL DOCKET NO. |
| ARISTA RECORDS LLC, et al.,<br>    Plaintiffs,<br><br>    v.<br><br>DOE 1 et al.,<br>    Defendants. | No. 08CV10896-NG<br>ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

## ORDER OF CONSOLIDATION

The above-captioned cases are hereby **ORDERED** consolidated with the **lead case, docket number 2004-12434-NG**, pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.**

Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: June 9, 2008**     /s/Nancy Gertner
              **NANCY GERTNER, U.S.D.C.**