UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>       Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>       Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| VIRGIN RECORDS, *et al.*<br><br>       Plaintiffs,<br><br>v.<br><br>DOES 1-25<br><br>       Defendant. | Civ. Act. No. 1:07-cv-12103-NG<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs VIRGIN RECORDS, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against all remaining Defendant Does, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

|  |  |
|---|---|
|  | VIRGIN RECORDS AMERICA, INC.; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LAVA RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; and UMG RECORDINGS, INC. |
|  | By their attorneys, |
| Dated: June 23, 2008 | By: /s/ Claire Newton<br>John R. Bauer, BBO# 630742<br>Nancy M. Cremins, BBO # 658932<br>Claire Newton, BBO # 669598<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA  02108-4404<br>Main Phone:  (617) 557-5900<br>Main Fax:  (617) 557-5999 |

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first class mail, postage prepaid, to those indicated as non-registered participants on June 23, 2008.

                                                  **/s/ Claire Newton**
                                                  Claire Newton