**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,** ) <br>    **Plaintiffs,** ) <br> ) <br>    **v.** ) <br> ) <br> **DOE 1 et al.,** ) <br>    **Defendants.** ) | **No. 04CV12434-NG** <br> **LEAD DOCKET NO.** |
| ARISTA RECORDS LLC, et al., ) <br>    Plaintiffs, ) <br> ) <br>    v. ) <br> ) <br> DOE 1 et al., ) <br>    Defendants. ) | No. 08CV11080-NG <br> ORIGINAL DOCKET NO. |

**GERTNER, D.J.:**

## ORDER OF CONSOLIDATION

The above-captioned case is hereby **ORDERED** consolidated with the **lead case, docket number 2004-12434-NG,** pursuant to Fed. R. Civ. P. 42.  The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: July 2, 2008**                          /s/ Nancy Gertner
                                        **NANCY GERTNER, U.S.D.C.**