UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>    Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1-22<br><br>    Defendants. | Civ. Act. No. 1:08-cv-11080<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss with prejudice their copyright infringement claims against Defendants Doe # 18, also identified as ID # 160433785 with IP address 168.122.251.222 2008-02-25 13:43:09 EST, and Doe # 19, also identified as ID # 161240797 with IP address 168.122.251.38 2008-03-03 14:52:58 EST each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: July 7, 2008        By:   */s/ Claire Newton*
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
Claire Newton, BBO # 669598
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

2

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent on July 3, 2008 electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent via first class mail, postage prepaid, to Victoria Walton, Esq. at the below address:

Victoria L. Walton, Esq.
Burns & Levinson LLP
125 Summer Street
Boston, MA  02110
Direct dial:  (617) 345-3615
Fax:  (617) 345-3299

                                        */s/ Claire Newton*
                                        Claire Newton