UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC., et al.,<br><br>                        Plaintiffs,<br><br>-against-<br><br>DOES 1-21,<br><br>                        Defendants. | Civil Action No. 04-cv-12434-NG<br>(Consolidated Docket Number)<br><br>Civil Action No. 07-cv-10834-NG<br>(Original Docket Number)<br><br>**MOTION TO WITHDRAW FROM ECF NOTIFICATIONS AND [PROPOSED] ORDER**<br><br>Hon. Judge Nancy Gertner |

    *Amicus curiae* ELECTRONIC FRONTIER FOUNDATION, contributor to DOES 1-21, via their attorneys, ELECTRONIC FRONTIER FOUNDATION, hereby moves the Court for permission to withdraw from receipt of further notifications regarding this case via the Court's ECF system, as their participation in this action has concluded.

DATED: July 7, 2008

                                                                        By:        /s/
                                                        Emily A. Berger
                                                        ELECTRONIC FRONTIER FOUNDATION
                                                       454 Shotwell Street
                                                       San Francisco, CA 94110
                                                       Telephone: (415) 436-9333 x112
                                                       Facsimile: (415) 436-9993
                                                       emily@eff.org
                                                       *Attorney for amicus curiae Electronic Frontier Foundation*

Emily A. Berger
ELECTRONIC FRONTIER FOUNDATION
454  Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333 x 112
Facsimile:   (415) 436-9993
emily@eff.org

Attorneys for *amicus curiae* ELECTRONIC FRONTIER FOUNDATION

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARISTA RECORDS LLC., et al.,<br><br>                                         Plaintiffs,<br><br>     -against-<br><br>DOES 1-21,<br><br>                                         Defendants. | Civil Action No. 04-cv-12434-NG<br>(Consolidated Docket Number)<br><br>Civil Action No. 07-cv-10834-NG<br>(Original Docket Number)<br><br> **[PROPOSED] ORDER**<br><br>Judge: Hon. Judge Nancy Gertner |

Based on the foregoing Motion, *amicus curiae* ELECTRONIC FRONTIER FOUNDATION, by and through their counsel ELECTRONIC FRONTIER FOUNDATION, is hereby granted leave to withdraw, and shall be removed, from the ECF system notifications for the above-referenced case.

DATED: _____

                                                              By:_____
                                                              Honorable Judge Nancy Gertner

1