## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **LONDON-SIRE RECORDS, INC., et al.,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 04CV12434-NG** |
| | ) | **LEAD DOCKET NO.** |
| **DOE 1 et al.,** | ) | |
| **Defendants.** | ) | |
| | | |
| BMG MUSIC, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08CV11208-NG |
| | ) | ORIGINAL DOCKET NO. |
| DOE 1 et al., | ) | |
| Defendants. | ) | |
| | | |
| INTERSCOPE RECORDS, et al., | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08CV11209-NG |
| | ) | ORIGINAL DOCKET NO. |
| JOHN DOE, | ) | |
| Defendant. | ) | |

**GERTNER, D.J.:**

### ORDER OF CONSOLIDATION

The above-captioned cases are hereby **ORDERED** consolidated with the **lead case, docket number 2004-12434-NG,** pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues because the suits are based on the same conduct -- allegedly obtaining or distributing copyrighted music over the Internet and discovery via subpoena of the unnamed defendants.

/

/

/

/

**All future pleadings and submissions shall be filed only under the lead case number 2004-12434-NG, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date: August 4, 2008**            */s/Nancy Gertner*

                                  **NANCY GERTNER, U.S.D.C.**