UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendants. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-22 <br><br> Defendants. | Civ. Act. No. 1:08-cv-11080 <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe # 10, also identified as ID # 160284668 with IP address 168.122.193.7 2008-02-24 10:43:15 EST, each party to bear its/his own fees and costs.

ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: August 4, 2008         By:   /s/ Claire Newton
                                    John R. Bauer, BBO# 630742
                                    Nancy M. Cremins, BBO # 658932
                                    Claire Newton BBO # 669597
                                    ROBINSON & COLE LLP
                                    One Boston Place
                                    Boston, MA  02108-4404
                                    Main Phone:  (617) 557-5900
                                    Main Fax:  (617) 557-5999

2

**CERTIFICATE OF SERVICE**

    I, Claire Newton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 4, 2008.

                                                        /s/ Claire Newton_____
                                                        Claire Newton