UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1, ET AL., <br><br> Defendant. | LEAD DOCKET NO. <br> Case No. 04-CV-12434-NG |
| ARISTA RECORDS, LLC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1, ET AL., <br><br> Defendant. | ORIGINAL DOCKET NO. <br> Case No. 08-CV-11080-NG |

### NOTICE OF APPEARANCE

Please enter the appearance of Timothy N. Schofield as counsel for defendant Jane Doe # 9 in the above-captioned action.

Respectfully submitted,

Jane Doe # 9,

By her attorney,

/s / Timothy N. Schofield
_____
Timothy N. Schofield (BBO #645179)
SCHOFIELD CAMPBELL & CONNOLLY, LLC
6 Beacon Street – Suite 720
Boston, Massachusetts 02108
Ph:   617-557-4545
Fx:   617-531-0136
tim@schofieldcampbell.com

1

## **CERTIFICATE OF ELECTRONIC FILING**

      In accordance with Local Rule 5.2(b), I, Timothy N. Schofield, hereby certify that this document filed through the EDF system on August 6, 2008 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      /s / Timothy N. Schofield
      _____
      Timothy N. Schofield