UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------x
                                                               )
ARISTA. RECORDS LLC, et al.,                                   )
                                                               )
Plaintiffs,                                                    )   Original Docket No. 1:08-cv-11080-NG
                                                               )   Lead Docket No. 1:04-cv-12434-NG
                                                               )
            -v.-                                               )
                                                               )
DOE-01, et_al                                         )        )
                                                               )
            Defendants.                                        )
                                                               )
---------------------------------------------------------------x

## MOTION TO QUASH SUBPOENA

Defendant Doe hereby moves, pursuant to Fed. R. Civ. P. 45(c)(3), to quash the subpoena issued by plaintiffs' counsel and directed to non-party Boston University. In support of their Motion, Doe relies on the accompanying memorandum of law.

                                        Respectfully submitted,

                                        DOE 16
                                        ProSe

                                        Doe16   Digitally signed by Doe16
                                                DN: cn=Doe16, o, ou,
                                                email=Doe16@yahoo.com, c=US
                                                Date: 2008.08.07 17:16:37 -04'00'

Dated: August 7, 2008

-1-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 7th day of August, 2008.

      Claire Newton
      Robinson & Cole LLP
      One Boston Place
      Boston, MA 02108-4404

      _/s/ Doe16_ **Doe16** *(Digitally signed by Doe16, DN: cn=Doe16, o, ou, email=Doe16@yahoo.com, c=US, Date: 2008.08.07 17:17:08 -04'00')*
      Doe-16

:

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

----------------------------------------------------------x
                                                          )
ARISTA RECORDS LLC, et al.,                               )
                                                          )
Plaintiffs,                                               )   Original Docket No. 1:08-cv-11080-NG
                                                          )   Lead Docket No. 1:04-cv-12434-NG
                                                          )
        -v.-                                              )
                                                          )
DOE-1, et_al                                              )
                                                          )
                        Defendants.                       )
                                                          )
----------------------------------------------------------x

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Defendants'

Motion to Quash Plaintiffs Subpoena, and any response thereto:

It is hereby **ORDERED** that Doe's Motion is granted, and plaintiffs' subpoena directed

to said Boston University is hereby Quashed. Boston University is prohibited from providing the

information requested in the subpoena.

                                                         _____

                                                         United States District Judge