UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>    Defendant. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ZOMBA RECORDING LLC, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>DOES 1 - 11<br><br>    Defendants. | Civ. Act. No. 1:08-cv-10895-NG<br>(ORIGINAL DOCKET NUMBER) |

**<u>NOTICE OF DISMISSAL WITHOUT PREJUDICE</u>**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe # 9, also identified as ID # 151946372 with IP address 130.64.162.245 2007-12-15 17:11:40 EST, each party to bear its/his own fees and costs.

1

ZOMBA RECORDING LLC; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC

By their attorney

Dated: August 11, 2008    By:    /s/ John R. Bauer
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
Claire Newton BBO # 669598
ROBINSON & COLE LLP
One Boston Place
Boston, MA  02108-4404
Main Phone:  (617) 557-5900
Main Fax:  (617) 557-5999

## CERTIFICATE OF SERVICE

I, John R. Bauer, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 11, 2008.

/s/ John R. Bauer
John R. Bauer