UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ZOMBA RECORDING LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 - 11 <br><br> Defendants. | Civ. Act. No. 1:08-cv-10895-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ZOMBA RECORDING LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Doe # 1, also identified as ID # 146559788 with IP address 130.64.111.218 2007-10-31 12:03:12 EDT, and Defendant Doe # 2, also identified as ID # 146279131 with IP address 130.64.111.86 2007-10-28 12:32:52 EDT, each party to bear its/his own fees and costs.

BOST1-949604-1

|  |  |
|---|---|
|  | ZOMBA RECORDING LLC; WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; LAFACE RECORDS LLC; INTERSCOPE RECORDS; ELEKTRA ENTERTAINMENT GROUP INC.; CAPITOL RECORDS, LLC; BMG MUSIC; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC |
|  | By their attorney |
| Dated: August 19, 2008   By: | /s/ Claire Newton |
|  | John R. Bauer, BBO# 630742 |
|  | Nancy M. Cremins, BBO # 658932 |
|  | Claire Newton BBO # 669598 |
|  | ROBINSON & COLE LLP |
|  | One Boston Place |
|  | Boston, MA  02108-4404 |
|  | Main Phone:  (617) 557-5900 |
|  | Main Fax:  (617) 557-5999 |

2

## CERTIFICATE OF SERVICE

I, Claire Newton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 19, 2008.

/s/ Claire Newton_____
Claire Newton