**Boston University** Office of the General Counsel

125 Bay State Road
Boston, Massachusetts 02215
T 617-353-2326  F 617-353-5529

Todd L. C. Klipp, *Vice President, General Counsel,*
*and Secretary of the Board of Trustees*

Willis G. Wang, *Deputy General Counsel*

Michael B. Rosen
Lawrence S. Elswit
Stephen A. Williams
Dennis C. Hart
Erika Geetter
Diane Levine Gardener
Crystal D. Talley
Kathleen C. Farrell

August 20, 2008

Clerk of Courts, Civil
United States District Court
Eastern District of Massachusetts
U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Re:   Arista Records LLC et al. v. Does 1-22,
        Civil Action No. 08-11080-NG (D. Mass.)
        Lead Docket No. 04-12434-NG (D. Mass.)

Dear Clerk:

On August 8, 2008, Doe #16 named in the above-referenced lawsuit filed a Motion To Quash Subpoena [Docket No. 203] and an accompanying document entitled "Memorandum of Law of Boston University in Support of Its Motion To Quash Subpoena." [Docket No. 204]. That Memorandum of Law was not filed on behalf of Boston University; that defendant does not represent Boston University. Boston University has not entered an appearance or filed any motion or other document in the above-referenced proceeding. I have asked Doe #16 to correct the record in this respect.

If you have any questions please do not hesitate to call me.

Best regards,

*Crystal D. Talley*
Crystal D. Talley

CDT