UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>DOES 1-4,<br><br>          Defendants. | Civ. Act. No. 04-CV-12434-NG<br>(LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.*<br><br>          Plaintiffs,<br><br>v.<br><br>DOES 1-22<br><br>          Defendants. | Civ. Act. No. 1:08-cv-11080<br>(ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claim against Defendant Does 1-9, 11-15, and 20-22, each party to bear its/his own fees and costs.

BOST1-950151-1

                                      ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC

By their attorneys,

Dated: August 28, 2008        By:  /s/ Claire Newton
John R. Bauer, BBO# 630742
Nancy M. Cremins, BBO # 658932
Claire Newton, BBO # 669598
ROBINSON & COLE LLP
One Boston Place
Boston, MA 02108-4404
Main Phone: (617) 557-5900
Main Fax: (617) 557-5999

2

## CERTIFICATE OF SERVICE

I, Claire Newton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 28, 2008.

/s/ Claire Newton_____
Claire Newton