UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendant. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| ARISTA RECORDS LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-13 <br><br> Defendant. | Civ. Act. No. 1:08-cv-10896-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs ARISTA RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1-13, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

BOST1-950309-1

                              ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; CAROLINE RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; LOUD RECORDS LLC; MAVERICK RECORDING COMPANY; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; and WARNER BROS. RECORDS INC.

By their attorneys,

Dated: September 2, 2008      By: /s/ Claire Newton  
                                                John R. Bauer, BBO# 630742  
                                                Nancy M. Cremins, BBO # 658932  
                                                Claire Newton BBO # 669598  
                                                ROBINSON & COLE LLP  
                                                One Boston Place  
                                                Boston, MA  02108-4404  
                                                Main Phone:  (617) 557-5900  
                                                Main Fax:  (617) 557-5999

## CERTIFICATE OF SERVICE

I, Claire Newton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 2, 2008.

/s/ Claire Newton_____
Claire Newton