UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LONDON-SIRE RECORDS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1-4, <br><br> Defendants. | Civ. Act. No. 04-CV-12434-NG <br> (LEAD DOCKET NUMBER) |
| LAFACE RECORDS LLC, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DOES 1 -17 <br><br> Defendants. | Civ. Act. No. 1:08-cv-10492-NG <br> (ORIGINAL DOCKET NUMBER) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs LAFACE RECORDS LLC, *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Doe # 2, also identified as ID # 141282440 with IP address 168.122.242.17 2007-09-05 22:39:16 EST, Defendant Doe # 4, also identified as ID # 146698673 with IP address 168.122.236.21 2007-11-01 20:57:29 EST, and Defendant Doe # 10, also idenfied as ID # 149605766 with IP address 168.122.252.140 2007-11-29 03:58:05 EST, each party to bear its/his or her own fees and costs.

1

|  |  |
|---|---|
|  | LAFACE RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, LLC; ELEKTRA ENTERTAINMENT GROUP INC.; FOREFRONT COMMUNICATIONS GROUP, INC.; INTERSCOPE RECORDS; NONESUCH RECORDS INC.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC |
|  | By their attorneys, |
| Dated: September __, 2008 | By: /s/ Claire Newton<br>John R. Bauer, BBO# 630742<br>Nancy M. Cremins, BBO # 658932<br>Claire Newton BBO # 669598<br>ROBINSON & COLE LLP<br>One Boston Place<br>Boston, MA  02108-4404<br>Main Phone:  (617) 557-5900<br>Main Fax:  (617) 557-5999 |

2

## CERTIFICATE OF SERVICE

      I, Claire Newton, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 9, 2008.

                                    /s/ Claire Newton_____
                                    Claire Newton